AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN

9/23 , 20 24

By  N. Langello
    Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CANYON BEASLEY | ) | Case No. |
| | ) | 3:24MJ 851  (RMS) |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between 7/23/2023 and 7/1/2024  in the county of  New Haven & Middlesex  in the
_____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |
| 18 U.S.C. § 2423(b) | Traveling to engage in sexual activity with a minor. |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Tae H. Kim, dated September 23, 2024, which is incorporated herein.

☑ Continued on the attached sheet.

**TAE KIM**
Digitally signed by TAE KIM
Date: 2024.09.23 11:09:50 -04'00'

*Complainant's signature*

Tae H. Kim, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/23/2024

**Robert M. Spector**
Digitally signed by Robert M. Spector
Date: 2024.09.23 12:05:31 -04'00'

*Judge's signature*

City and state: New Haven, Connecticut

Honorable Robert M. Spector U.S. Magistrate Judge
*Printed name and title*