Case 3:25-cr-00072-SFR   Document 1-1   Filed 09/23/24   Page 1 of 16

United States District Court
District of Connecticut
FILED AT NEW HAVEN

9/23 ,20 24

By N. Langello
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR A COMPLAINT AND ARREST WARRANT | Case No. 3:24-mj-851 (RMS) **Filed Under Seal** September 23, 2024 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARRREST WARRANT

I, Tae H. Kim, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since March 2020. Prior to working for the FBI, I was employed by the Gwinnett County Police Department from November 2014 to February 2020. At the police department, I took on duties as a patrol officer as well as an investigator with the Detective Bureau. I am presently assigned to the FBI's Violent Crimes Division in New Haven which is tasked with investigation of violent crime and violent crimes against children within the state of Connecticut. As such, my duties include, among other things, child sexual exploitation, Internet crimes against children, and human trafficking. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation to violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2423(b) and (c) which criminalize, among other things, the production, advertisement, possession, receipt, accessing with intent to view, transportation of child pornography, and traveling in interstate or foreign commerce for the purpose of engaging in any sexual act with a minor. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

2.    I submit this affidavit in support of a criminal complaint and arrest warrant charging CANYON A. BEASLEY (hereinafter "BEASLEY"), an adult male (YOB 2003) and resident of Gresham, Oregon, with violations of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) (receipt of child pornography); 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (possession of child pornography); 18 U.S.C. § 2251(a) (production of child pornography); and 18 U.S.C. § 2423(b) (traveling to engage in sexual activity with a minor) (collectively, the "TARGET OFFENSES").

## TARGET OFFENSES

3.    As noted above, this investigation concerns alleged violations of the following:

a.    18 U.S.C. § 2252A(a)(2), which prohibits knowingly receiving or distributing any child pornography that has been mailed or using any means or facility of interstate or foreign commerce shipped or transported in interstate or foreign commerce by any means, including by computer and attempting or conspiring to do so;

b.    18 U.S.C. § 2252A(a)(5)(B), which prohibits a person from knowingly possessing, or accessing with intent to view, any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce, or in interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer and attempting or conspiring to do so;

c.    18 U.S.C. § 2251(a) makes it a crime for any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate of

foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct;

      d.      18 U.S.C. § 2423(b) makes it a crime for any person to travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), which includes the production of child pornography and a sexual act with a person under the age of 18 that would be a violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

## **PROBABLE CAUSE**

      4.      On June 18, 2024, the father of a minor female with a year of birth of 2010, whose identity is known to me but will hereinafter be referred to as "Minor Victim" or "MV" filed a complaint with the Federal Bureau of Investigation, the Cheshire Police, the Connecticut Department of Children and Families, and the Connecticut State Police. The complaint related to an incident that involved MV and an adult male, later identified as CANYON BEASLEY.

      5.      The father's complaint alleged that BEASLEY traveled from the Portland, Oregon area to Connecticut and had sex with MV. MV's father was made aware of BEASLEY and MV's relationship through MV's friends. MV's father reported that BEASLEY arrived in Connecticut sometime between on or about June 12, 2024, and on or about June 14, 2024, and had plans to leave around June 22, 2024. BEASLEY and MV were previously in an online relationship communicating through Snapchat, Tiktok, and native text messaging for

approximately one year. BEASLEY knew that MV was 12 years old when they began communicating and 14 years old when they met to have sex in June 2024.

6. MV's father reported that during their relationship, BEASLEY purchased and shipped clothing, lingerie, vibrators, food, pacifiers, and other items to MV's residence as gifts.

*Review of MV's Phone*

7. On June 25, 2024, investigators collected MV's Apple iPhone 14 with MV's mother's consent. The phone was extracted and examined at the Federal Bureau of Investigation New Haven Field Office. Upon examination, the investigators located the following items, among other things:

> a. A screenshot image of a Snapchat message was located which appeared to have been created on March 1, 2024. Within the screenshot, two images were attached to the message which depicted a hand holding an adult penis. Along with the two pictures, the following message was sent:



b. During the forensic interview outlined below, MV was shown a photocopy of this message. Upon review of the message, MV confirmed that BEASLEY sent the message to her through his Snapchat account.[1] Furthermore, the account holder's address was listed as Mt Tabor, Portland.

c. A screenshot of a Snapchat message was located which appeared to have been sent on April 6, 2024. This screenshot was of a Snapchat message sent by MV to BEASLEY. The contents of the message included two pictures of MV

---

[1] I sent a subpoena to Snap, Inc. for Snap account "canyo_n2" and the returns from Snap confirmed that Canyo_n2 is BEASLEY's Snap account, corroborating MV's statement.

masturbating with an object. The pictures show MV's bare vagina with an object inserted inside.

d. A screenshot of the Snapchat username "canyo_n2" was located within MV's phone. The screenshot appeared to have been taken on April 29, 2024.

*Forensic Interview of MV*

8. On July 12, 2024, MV was forensically interviewed by a Federal Bureau of Investigation Child and Adolescent Forensic Interviewer at the FBI New Haven Field Office. The following information was revealed during the interview:

   a. MV had been in an online relationship with BEASLEY since before January 2023. MV told BEASLEY that she was 13 years of age last year (2023) on or near her birthday. MV believed that it was normal to send naked photos to each other because they were in a relationship. MV would receive pictures of BEASLEY's penis and in return she would send naked videos and photographs of herself.[2] MV started receiving pictures of BEASLEY's penis in approximately September 2023. MV further explained that the videos she sent BEASLEY were of herself using vibrators and her fingers to masturbate and at times included her bare breasts, vagina, and buttocks.

   b. MV stated that she mainly communicated with BEASLEY through Snapchat. MV was shown a picture of a young girl with her buttocks in the air. No face or genitalia is exposed in this picture. MV confirmed that she took this picture when

---

[2] Although MV did not explicitly state that BEASLEY requested nude images and videos from her during her forensic interview, review of the contents of MV's phone extraction revealed numerous screenshots of communications from BEASLEY to MV demanding nude images and videos.

6

       she was approximately 12 years old (approximately two years ago) and that she sent it BEASLEY on Snapchat.

   c. MV was also shown a picture from her phone depicting a female and male engaged in genital-to-genital sexual intercourse. MV confirmed that the pictured female was her and the pictured male was BEASLEY. MV also confirmed that the picture was a still image of a video that BEASLEY had taken with his phone while they were having sex. MV and BEASLEY had met when he travelled to Connecticut in June 2024. MV and BEASLEY stayed at an Airbnb (rental cottage) in Middlefield, Connecticut. After they had sex, BEASLEY sent the video to MV on Snapchat. MV attempted to delete the video from her phone, however, the still image was recovered during the extraction of her phone.

*Snapchat Search Warrant*

9. On July 18, 2024, I obtained and served a federal search warrant on Snap, Inc. for BEASLEY's account. On July 31, 2024, Snap Inc. responded to the search warrant with a logical extraction of the account. Upon review of the extraction, I observed the following:

   a. Approximately 39 videos and images that constitute child pornography were located within the account. The file names of these videos and images included MV's Snapchat account name, canyonbeasley, and the date and time stamp of when the video/image was saved to the server in the file name. Out of the 39 videos/images, approximately 35 of them depict what appears to be MV masturbating. The focal points of the videos and images are MV's genitals with an object penetrating her vagina.

7

    b. Four of the images and videos depict MV having sex with BEASLEY. One of the videos is the same video that BEASLEY distributed to MV on Snapchat, from which MV identified a still image during her forensic interview where she confirmed the image depicted her and BEASLEY engaging in genital-to-genital sexual intercourse.

    c. Additionally, seven (7) videos/images in BEASLEY's Snapchat account depicted MV holding a pacifier in her mouth.

    d. Review of BEASLEY's Snapchat return showed that MV sent BEASLEY photos constituting child pornography beginning around July 23, 2023.

*Conversations Between MV and BEASLEY*

10. During the examination of MV's cell phone extraction, I located screenshots of chats between MV and BEASLEY through Snapchat. The dates and times of the communications are unknown, however, the creation date for the screenshots were available from the extraction.

11. For example, the screenshots below depict a man matching the physical appearance of BEASLEY with words across the image:

 

12.     The screenshot below depicts a conversation between BEASLEY and MV that appears to have been taken on July 16, 2023:



9

13. Along with screenshots from Snapchat, it appeared that MV had taken screenshots of communications through text message between herself and BEASLEY. For example, the following screenshots were located within MV's phone extraction:




*BEASLEY's Travel to Connecticut*

14. On July 2, 2024, I sent a subpoena to Southwest Airlines and obtained information about BEASLEY's flight itinerary for his travel to Connecticut to meet with MV. Records from Southwest Airlines confirmed that BEASLEY purchased a plane ticket that departed from Oregon and arrived in Connecticut on June 12, 2024. BEASLEY also purchased a return flight that left Connecticut on June 21, 2024.

15. I requested surveillance video footage from Bradley International Airport corresponding to BEASLEY's arrival. The Connecticut State Police reviewed the footage and

10

identified a man matching BEASLEY's physical description leaving the terminal after arriving on a flight from Chicago[3] on June 12, 2024. BEASLEY was observed at approximately 5:35 p.m. meeting another man at the airport and then getting into a black Honda Civic.

16. The screenshot below is a still image from the airport video footage from June 12, 2024, showing BEASLEY walking out of the airport and meeting with an individual before getting into a black Honda Civic. I compared this picture with photos in BEASLEY's Snapchat account and confirmed that the individual is BEASLEY.



17. I investigated the Connecticut vehicle registration for the Honda Civic that BEASLEY entered at the airport. I identified the owner of the vehicle and determined that he

---

[3] Beasley's flight itinerary showed that his travel from Oregon to Connecticut had a connecting flight through Chicago.

runs a vehicle rental service through a mobile application called "Turo."[4] I interviewed him, and he provided the following information:

      a.     The vehicle owner confirmed that he met with BEASLEY on June 12, 2024, at Bradley International Airport to drop off a black Honda Civic. He also confirmed that BEASLEY rented the vehicle from June 12 through June 14, 2024. When the vehicle owner met with BEASLEY at the airport, he checked BEASLEY's license for verification. He remembered seeing BEASLEY's name and that his license was from Oregon.

      b.     After the initial rental from June 12 to June 14, BEASLEY made a second reservation with the vehicle owner from June 17 to June 20. On June 17, 2024, BEASLEY directed the vehicle owner to meet in Middlefield, Connecticut to drop off the second rental vehicle.

18.     The vehicle owner stated that as part of his business renting cars through Turo, he maintains a Global Positioning System (GPS) for all his rental vehicles and indicated that he had the data from BEASLEY's rental. He provided me with the GPS data and other information he had on BEASLEY's rental.

19.     The screenshot below depicts BEASLEY's Turo account that was visible from the vehicle owner's account.

---

[4] Turo is a peer-to-peer car sharing service that allows vehicle owners to rent out their vehicles to others. Turo is similar to Airbnb.



20.     The GPS data shows that BEASLEY made trips from Middlefield to Cheshire on June 12-14 and 17-20, 2024. As previously discussed, MV lives with her mother in Cheshire. Some of the trips showed that BEASLEY drove to the area of the middle school where MV attends.

21.     I sent a subpoena to Turo and obtained the following information regarding BEASLEY's account :

    c. Legal Name: CANYON ALEXANDER BEASLEY
    d. First Name: Canyon
    e. Last Name: Beasley
    f. Birth Date: [redacted]2003
    g. Verified Mobile Number: [redacted]-578
    h. Street Address: [redacted]- Gresham, Oregon
    i. Devices used:
        i. June 27, 2024
        ii. Mozilla/5.0 iPhone OS 17_5_1
    j. Payment
        i. June 20, 2024
        ii. Card Holder and Method

13

1. Canyon Beasley; [redacted]- Gresham, OR 97080
2. CANYON BEASLEY; Discover Credit Card

22.  The information provided by Turo corroborated that BEASLEY made a reservation through Turo for the dates of June 12, 2024, through June 14, 2024. The pickup and return locations were set as Bradley International Airport. BEASLEY then made another reservation for June 17, 2024, through June 20, 2024. The pickup and return location were listed as the same address in Middlefield.

*BEASLEY'S Knowledge of FBI's Investigation*

23.  Below is a screenshot showing a Snapchat message from BEASLEY to MV that appears to have been created on June 20, 2024. Law enforcement located a video on MV's phone extraction that was recorded on June 20, 2024. The video shows MV calling BEASLEY over the phone and telling him that the FBI was investigating BEASLEY because MV's father notified law enforcement.[5] Moments later, BEASLEY sent the following message to MV on Snapchat, which was located on her phone extraction:

---

[5] As noted above, the father reported BEASLEY to law enforcement on June 18, 2024.



24.     I believe that when BEASLEY stated, "Please don't let him do this," BEASLEY was referencing MV's father cooperating with law enforcement.

## CONCLUSION

25.     Based on the information above, there is probable cause to believe, and I do believe, that from on or about July 23, 2023, to on or about July 1, 2024, BEASLEY committed

the TARGET OFFENSES. Accordingly, I respectfully request that a criminal complaint and arrest warrant be issued authorizing the arrest of CANYON BEASLEY.

TAE KIM
Digitally signed by TAE KIM
Date: 2024.09.23 11:03:48 -04'00'

Special Agent Tae H. Kim
Federal Bureau of Investigation

The truth of the foregoing affidavit has been attested to me over the telephone on this 23rd day of September, 2024, at New Haven, Connecticut.

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2024.09.23 12:06:03 -04'00'

HONORABLE ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE

16