UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    vs.      Case No. 3:24-MJ-851 (RMS)

CANYON BEASLEY      November 12, 2024

## MOTION FOR RELEASE ON BOND

Mr. Canyon Beasley respectfully submits this motion requesting his release on bond, in advance of the bond hearing scheduled for November 13, 2024. In support of this motion, undersigned counsel states as follows:

1. Canyon Beasley is a 21-year-old high school graduate. He is a lifelong resident of Oregon, where he was raised by his parents, Ernie and Maria Beasley. He attended college at Warner Pacific University from fall of 2021 until spring of 2024.

2. On September 27, 2024, Canyon was arrested in the District of Oregon, in connection with a complaint filed under seal in the District of Connecticut on September 23, 2024. Canyon was initially presented in the District of Oregon on September 27, 2024; at the defense's request, the initial appearance was then continued to September 30, 2024. On September 30, 2024, Magistrate Judge Stacie Beckerman in the District of Oregon held a detention hearing. Although the Pretrial Services Office for the District of Oregon recommended release, Magistrate Judge Beckerman ordered Canyon detained, pending his transport to the District of Connecticut.

3. On or about October 30, 2024, Canyon arrived at Wyatt Detention Center. On November 1, 2024, this Court, the Honorable Magistrate Judge Robert M. Spector, held an initial appearance. Undersigned counsel requested that the Court schedule a bond hearing for

November 13, 2024, to allow time for Canyon's parents to arrange their travel from Oregon, and to allow time for the U.S. Probation Office for the District of Connecticut to sufficiently investigate the proposed bond package.

4. The defense proposes that Canyon be released under the following conditions:

    a. Reside with parents, Maria ("Gaby") and Ernie Beasley, and 18-year-old brother, at their home in Gresham, Oregon.[1] This is a single-family home owned by Ernie and Maria Beasley.
        i. Maria and Ernie Beasley will serve as third-party custodians and will co-sign the bond.
        ii. Their contact information has been provided to the Probation Office.
        iii. Maria Beasley is a homemaker and will be available to supervise Canyon at home at all times.
    b. If permitted by the Court, Canyon will work full-time for Ernie Beasley's company, a plumbing and mechanical company. He will work exclusively in the plumbing warehouse alongside two to three other employees, including the warehouse manager, Joe Riley.
        i. Mr. Riley has agreed to serve as a workplace custodian who will supervise Canyon at work at all times. His contact information has been provided to the Probation Office.
        ii. Canyon's father Ernie will transport Canyon to and from work every day. Ernie works in an adjacent building.
    c. Home detention with GPS monitoring.
    d. No travel outside of Oregon, except for court appearances and legal meetings in Connecticut. For trips to Connecticut, Canyon will be accompanied by one or both of his parents. He will surrender his passport.
    e. No internet access except for one internet-capable device, monitored by Probation via monitoring software, if permitted by the Court.
        i. Canyon will not have access to any internet-accessible devices at work.
        ii. A list of internet-accessible devices in the Beasley home has been provided to Probation. Family members' devices are password protected, and Canyon does not and will never have access to their passwords.
    f. No contact with victim or witnesses.
    g. Engage in outpatient substance use and mental health treatment.

---

[1] The address of the Beasley residence has been provided to Probation.

2

5. This bond package has been provided to Probation and the government. In addition, U.S. Probation Officer Christopher Baker interviewed Canyon in person at Wyatt on November 6, 2024.

6. The proposed conditions of release will reasonably assure Canyon's appearance in Court and the safety of the community. Under the proposal, Canyon will be strictly and constantly supervised by reliable adults both at home and at work, and his internet use will be strictly limited as well as monitored.

7. Undersigned counsel will offer further argument at the bond hearing. The proposed third-party custodians and co-signers, Ernie and Maria Beasley, will be present in person at the hearing, should the Court wish to question them.

          Respectfully Submitted,

          THE DEFENDANT,
          Canyon Beasley

          FEDERAL DEFENDER OFFICE

Date:  November 12, 2024          */s/ Carly Levenson*
          Carly Levenson
          Assistant Federal Defender
          265 Church Street, Suite 702
          New Haven, CT 06510
          Phone: (203) 498-4200
          Bar No.: phv09665
          Email: carly_levenson@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 12, 2024, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Carly Levenson*
                                      Carly Levenson