UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3:24-mj-00851(RMS) |
| v. | : | |
| | : | |
| CANYON BEASLEY | : | November 12, 2024 |

……………………………………………………….

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO
CANYON BEASLEY'S MOTION FOR RELEASE ON BOND**

The United States respectfully submits this memorandum in opposition to Defendant Canyon Beasley's Motion for Release on Bond filed on November 12, 2024. (Doc. No. 23).

Beasley is charged by criminal complaint with violations of 18 U.S.C. §§ 2251(a) (production of child pornography), 2252A(a)(2)(A) (receipt of child pornography), 2252A(a)(5)(B) (possession of child pornography), and 2423(b) (traveling to engage in sexual activity with a minor). Based on these serious offenses, the weight of the evidence against Beasley, and the danger that Beasley poses to the community, the Government respectfully submits that Beasley has failed to rebut the presumption of detention and that no condition or combination of conditions will reasonably assure the safety of the community.

**I.     BACKGROUND**

   **A. Procedural Background**

On September 26, 2024, the defendant was arrested at his home in Gresham, Oregon. On September 30, 2024, an initial appearance was held pursuant to Rule 5(c)(3) in the District of Oregon. (Doc. No. 9). At that hearing, the defendant was detained pending his transport to the District of Connecticut. *Id.* On November 1, 2024, an initial appearance was held in the District of Connecticut. The Government filed a Motion for detention and the defendant was ordered detained

without prejudice pending a bond hearing scheduled for November 13, 2024. (Doc. No. 21.)

**B. Bond Proposal**

On November 12, 2024, Beasley filed a Motion for Release on Bond. (Doc. No. 23). The bond package proposes that Beasley's parents serve as third-party custodians and co-sign the bond. The proposal contemplates that Beasley reside with his parents and 18-year-old brother at their home in Gresham, Oregon. The package also proposes that Beasley will work full time for his father's plumbing and mechanical company in Portland, Oregon where he will work alongside two to three other employees, one of whom is a manager that will supervise Beasley at work as his workplace custodian. In addition to home detention, the package also proposes that Beasley will be subject to GPS monitoring and will not be allowed to travel outside of Oregon except for court appearances and legal meetings in Connecticut. Additionally, the package proposes that Beasley only be allowed internet access on one monitored device if permitted by the Court.

## II.    LEGAL STANDARD

The Bail Reform Act of 1984 provides that federal courts may detain a defendant if the government demonstrates "that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community. 18 U.S.C. § 3142(e)(1). In making its determination, the court should consider information concerning four factors:

1) The nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

2) the weight of the evidence against the person;

    3) the history and characteristics of the person, including—

        a. the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol use, criminal history, and record concerning appearance at court proceedings; and

        b. whether, at the time of the current offense or arrest, the person was on probation, parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

    4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

Ordinarily, the government bears the burden of showing "by a preponderance of the evidence that the defendant, if released, presents an actual risk of flight," *United States v. Sabhnani*, 493 F.3d 63, 75 (2d Cir. 2007), or by clear and convincing evidence that the defendant presents a danger to the community. *See* 18 U.S.C. §3142(f)(2). But some offenses—including offenses charged here—give rise to a presumption "that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community." 18 U.S.C. §3142(e)(3)(E). That presumption is rebuttable by the defendant, however, who "bears a limited burden of production—not a burden of persuasion—to . . .com[e] forward with evidence that he does not pose a danger to the community or a risk of flight." *United States v. Mercedes*, 254 F.3d 433, 436 (2d Cir. 2001). If the defendant meets that burden, "the presumption favoring detention does not disappear entirely, but remains a factor to be considered among those weighed by the district court." *Id*. "Even in a presumption case, the government retains the ultimate burden

3

of persuasion by clear and convincing evidence that the defendant presents a danger to the community. The government retains the ultimate burden of persuasion by the lesser standard of a preponderance of the evidence that the defendant presents a risk of flight." *Id.* (citation omitted).

In evaluating whether a defendant poses a risk of flight, the court should not rely on any one factor to the exclusion of others. "Congress requires the court to consider the defendant's history and characteristics, as well as other factors," in determining the flight risk. *United States v. Shakur*, 817 F.2d 189, 200 (2d Cir. 1987). Still, "a bail package that might reasonably assure the appearance of the defendant at trial" might not "reasonably assure the safety of the community." *Mercedes*, 254 F.3d at 436–37 (internal quotation marks and alteration omitted). When determining whether a defendant poses a danger to the community, the court should consider the impact of a defendant's release on the safety of identifiable individuals, such as victims or witnesses, as well as the "danger that the defendant might engage in criminal activity to the detriment of the community." *United States v. Millan*, 4 F.3d 1038, 1048 (2d Cir. 1993) (quoting S. Rep. No. 225, 98th Cong., 1st Sess. 12 (1983), *reprinted in* 1984 U.S.C.C.A.N. 3182, 3195).

### III. DISCUSSION

The Government respectfully submits that in the case at bar, the defendant, Canyon Beasley, cannot rebut the presumption of detention. And even if he could, clear and convincing evidence shows that he poses a substantial risk of danger to the community. Several factors highlighted in 3142(g) weigh against his release.

### A.   Nature and Circumstances of the Offense; Weight of the Evidence

In January 2023, Beasley began an online relationship with the Minor Victim ("MV") who was 12 years old when Beasley began communicating with her online. Beasley carried out this relationship with MV exclusively online until June 2024, when Beasley flew from Oregon to

Connecticut to meet MV. While in Connecticut, Beasley picked up MV on various occasions from her home and school and took her to a rental house where they engaged in sexual intercourse, which Beasley filmed and then sent to MV on Snapchat.

The weight of the evidence against Beasley is strong. Snapchat messages between Beasley and MV during their approximately one-and-a-half-year relationship revealed conversations that became increasingly violent and sexual in nature and eventually culminated in Beasley's trip to Connecticut in June 2024 to have sex with MV, who was 13 years old at the time. Some examples of these sexually graphic and violent messages between Beasley and MV[1] are as follows:

> *August 17, 2023*
>
> Beasley: I'll treat you like nothing but a worthless fuckdoll you'll always be ready to satisfy me whenever I want so I can beat you and throw you away like you're trash after and cut your tiny little wrists to remind you that your only purpose is to serve me
>
> *August 24, 2023*
>
> Beasley: I don't want you to stop kissing me
>
> Beasley: If you do I'll murder you and leave you in a dumpster
>
> Beasley: I'll still treat you like trash you're worthless anyway you were made to get fucked by me and take my cum that's all you'll ever be good for
>
> *August 25, 2023*
>
> Beasley: What you will do is give me what I fucking asked you for
>
> Beasley: I want you to moan my name I want to hear you beg me to fuck the shit out of you
>
> Beasley: you already know that
>
> Beasley: So stop being a bitch and fucking do it

---

[1] The Government has omitted responses from MV to protect the dignity and privacy of MV. *See* 18 U.S.C. § 3771(a)(8). The Government can provide these responses to the Court upon request.

*September 8, 2023*

Beasley: No I think I'll make you beg and have you try to pull my dick back inside you

Beasley: how does Daddy know you want it that bad

Beasley: I promise princess you'll get Daddys dick inside you raw so he can pound the fuck out of your tight pussy and cum deep inside you and cuddle with you after

Beasley: Show Daddy your young fuckable body and you will earn it

Beasley: You want to earn it like a good little girl?

Beasley: Look how fuckable your body is

Beasley: You were made to take Daddy's dick and drain his balls

*September 11, 2023*

Beasley: that would be so hot pretending you're my daughter so I can pump you full of my cum I'll starve you almost to death and drug you so you're always unconscious and ready for me to fuck your little young pussy and if you wake up I'll slap you full force to knock you out again and cover you in bruises if you ever try to fight back against Daddy

Beasley: He'll just overpower you and breed you whenever he wants

*November 2, 2023*

Beasley: Dump all my cum into your tight little body so he knows you're my bitch and you belong to me

Beasley: Wouldn't it be so hot if I took a video fucked you missionary and made you say that you love me so much with my hand wrapped around your throat and send it to [name redacted]

*December 28, 2023*

Beasley: Now I'm fucking horny show me your body now I'm not gonna wait until later show Daddy your young little body show me everything

Beasley: Say I love you and aww look at how cute and fuckable my little girl looks you look so adorable with your paci baby you always gonna be Daddys little girl you can use my dick when we done fucking as your paci and I'll run my hands through your hair until you fall asleep

Beasley: Daddy gonna watch you cry as I take your clothes off and use you even if you don't want to I'll grab you by your little neck and wrists and bruise up your young tight little pussy and Daddy will wipe your tears when your cherry pops and you cum on my dick I promise not to stop until you're completely passed out Daddy will spike your drink and make sure you don't wake up

*February 9, 2024*

Beasley: YES BABY I can mold your brain to be my worthless young little rapeslut that's only job is to take Dadas adult dick and take all my anger out on you you gonna be a good little girl and take it then I put you in the timeout corner until you're crying and begging dada to hold you and pump my adult cum in your underage little pussy

*February 10, 2024*

Beasley: you had me hard like that all day I had to try not to get hard thinking about raping your underage little body and dumping my load deep inside your fucked up little pussy

*February 12, 2024*

Beasley: I want to fucking rape you and make you bleed all over my big adult dick so fucking bad just wanna dump my entire load into your worthless underage pussy it's so difficult not to be hard thinking about you :(

*February 18, 2024*

Beasley: Dada gonna rape your underage little body everyday there's not gonna be a moment when you don't have Dadas adult cum in your little mouth and Ill make sure to put your paci in and keep it in with my hand while my other hand is gently strangling your throat

*February 24, 2024*

Beasley: Wouldn't you like it if Dad came home from a bad day of work and say nothing just started ripping your clothes off and sticking my big adult dick inside your underage little pussy and Dad takes out all his stress and anger out on you and gives you tons of love bruises hitting against your cervix making it stretch against my dick and Dadas cum will make your bruised up princess parts feel so much better you are nothing but Dadas rapable little kidwife all you were made for is to hold Dada cum inside you

*February 26, 2024*

Beasley: You get Dada so horny when he trying to sleep all I been thinking about is raping your lil kid mouth and sticking my raw adult dick inside your underage lil pussy :((

*March 2, 2024*

Beasley: I love that you're underage I love I can actually take care of you and that you're my daughter

Beasley: Go to the bathroom for Dada I want to see your boobs right fucking now you're my dumb little slut you take my fucking orders whenever I tell you.

Beasley: so go and lift your shirt up kiddo

Beasley: take a photo and a video then you can go back to your friend

Beasley: put your hands on them for Dada

Beasley: Ill go in as a visitor and we can go to an empty classroom or somewhere private and you can take another load like a good lil underage cock sleeve

Beasley: The moment I get there you're giving me all your birth control and we are flushing it I'm getting you pregnant I don't care if you're 13

Beasley: I want you to mention your age more often you don't do that enough youd love it if I actually took your birth control away and just made you my underage lil cumdump huh

Beasley: It gets me so hard that I get to rape you I always wanted an underage little girl I can abuse and mistreat all I want and dump all my loads into everyday

Beasley: Dadas big adult dick belongs in your lil underage kidcunt :((

*April 9, 2024*

Beasley: I want to rape you so fucking bad everyday just dump my fucking load in your underage pussy that would make me so happy getting you pregnant

*May 1, 2024*

Beasley: I want you to tell me your age and how you cant get pregnant so I can flush your birth control and I impregnante you anyway and you'll be my underage pregnant kidslut

Beasley: I want you to call me a pedophile and tell me to stop when I'm raping you

*May 3, 2024*

Beasley: You like being my dumb underage rapeslut you should be so happy I don't just fill you with cum and dump you on the side of the road like fucking garbage

There were also messages between Beasley and MV that discussed law enforcement's investigation in the case at bar along with an unrelated Department of Children and Families ("DCF") investigation. During a Snapchat conversation in September 2023, Beasley and MV were discussing DCF when Beasley stated, "ok baby girl you know what to do if they want to search your phone right?" to which MV responded, "ya I have our messages deleted and I will just log into my other snapchat account and temporarily delete photos of you and screenshots of our messages." Beasley responded, "ok baby just be ready to delete the messages or anything else. I love you a lot [name redacted] I'm so happy you're staying. If you didn't I would have to kill you." There were also messages between MV and Beasley discussing the FBI's investigation of Beasley. On June 25, 2024, MV messaged Beasley from a different Snapchat account to notify him that the FBI was examining her phone. The conversation proceeded as follows:

    MV: They came to my house and they have everything.

    Beasley: so they have our messages

    MV: I deleted everything I could

    MV: But it's all recoverable

    MV: Idk even our sextape dude

Later in the conversation Beasley asked, "should I delete stuff in snap." Later in the same conversation Beasley stated, "well we did what we could all we can do now is pray and hope everything works out it might be lack of evidence if you deleted everything."

On September 26, 2024, law enforcement arrested Beasley at his home in Gresham, Oregon. During the search of the home, agents located Beasley's phones and seized them pursuant to a warrant. On one of the phones, agents noticed a notification on the lock screen of the phone. The notification was a Snapchat notification that appeared to be from MV's account with a time

9

stamp indicating the message was sent approximately one hour before agents located the phone, showing Beasley was still in communication with MV in some capacity until his arrest on September 26.

### B. Nature and Seriousness of the Danger to Any Person or the Community and Beasley's proposed Bond Package

As discussed above, the facts and circumstances of the case, including Beasley's conversations with MV about law enforcement's investigation into their relationship shows that the conditions of pretrial release set forth in his motion will not ensure the safety of the community. Beasley, a resident of Oregon, met MV online and carried out a relationship with MV for approximately a year and a half from across the country before traveling to Connecticut in June of 2024 when he recorded himself having sex with MV. Even after Beasley was notified the FBI was investigating him, Beasley continued to communicate with MV until his arrest in September 2024. As depicted above, the conversations between Beasley and MV were sexually graphic and violent in nature, with numerous messages from Beasley to MV mentioning Beasley raping or killing MV. These highly concerning actions escalated when Beasley acted on these messages by traveling to Connecticut to meet MV and have sex with her.

Beasley's bond package proposes that he live in the same home in which he carried out his online relationship with MV. Beasley would be living under the same roof and in some respects the same supervision that he was under when he carried out this online relationship with MV which escalated when he flew across the country to Connecticut in June 2024 to have sex with MV. The sexually graphic and violent nature of the messages sent by Beasley to MV, a 13-year-old, are indicative of the danger that Beasley poses to the community. Beasley's proposed bond package in no way rebuts the presumption of detention or adequately safeguards the community, but even if it did, the sexually graphic and violent messages between Beasley and MV along with Beasley's

travel to Connecticut to have sex with MV serve as clear and convincing evidence that Beasley poses a danger to the community.

## IV.   CONCLUSION

For the foregoing reasons, the Government respectfully submits that Beasley's detention is necessary to protect the safety of the community.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
CHRISTOPHER J. LEMBO
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv207767
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821-3700

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2024, a copy of the foregoing GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE ON BOND was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
CHRISTOPHER J. LEMBO
ASSISTANT UNITED STATES ATTORNEY