# EXHIBIT A



Dear Judge Russell

I am writing this letter so you can know more about me and my background. Now that I have been sober for more than a year, since I got arrested, I want you to know how humiliated and ashamed I am of my actions. I feel like I am now a bigger and better person than my terrible conduct and crimes that led to my arrest. I am deeply sorry for the pain and harm my poor decisions and actions caused the Minor Victim. I know there is nothing I can do now to reverse the damage I did to her or go back in time to make the right choices. But still, I wish that the Minor Victim can get the kind of counseling and therapy I have gotten over the past year, and that it helps her heal and have some peace. From my experience, good counseling and living clean and sober has done so much for me. I hope she can benefit at least as much as I have.

Judge, I also want you to know that I was raised in a family where my parents loved each other and loved me and my brother too. My parents gave me and my brother all of their attention.

2

They taught me to do the right thing, and they demonstrated that in their own lives. They are hardworking, they value their families, they care about others and try to help their friends and relatives whenever possible.

When I reflect on my conduct from January 2023 to my arrest, I am still shocked and sickened at how far I strayed from how I was raised. I realize now too that the minor victim didn't have a loving family like the one I came from. I am not sure she was raised to know how terribly wrong things were between us, but I was. I was for sure raised to know that what I was doing was completely wrong and that I should have been the responsible adult who put an end to it.

When I was 19, I started my first year of college during the pandemic. I was already not great at socializing and had spent the last year and a half of highschool doing classes online at home. When I got to college I couldn't break out of the isolation I had been in due to covid closing the schools. I stayed by myself in an empty single dorm room. I skipped classes whenever I could and waited until everyone else would leave the dining hall, and then I would go in to eat alone.

3



I avoided participating in any group activities or assignments with classmates. Instead of trying to meet people and have real friends, I sat in my dorm room and spent all my time on social media. My activity counter on my phone was usually 14 hours or more a day of being online. This was how I was living when I met the minor victim on TikTok. In the beginning I thought she was just a few years younger than me. I believed her when she told me she was 17. I will always regret that when I came to know her real age I didn't have the courage to do the only right thing and end the relationship immediately. It is something that still pains me, not only for myself but for the Minor Victim too.

I could have gone to my parents for help, and I know that, along with being dissapointed and extremely upset with me, they would have done everything in their power to put a stop to what I was doing and help me. But the shame and guilt of what I had already done was paralyzing. So instead of getting help, I continued the relationship. I was already drinking too much in college, but I began to drink even more. I also started using hard drugs, cocaine and oprates in particular.

4

I numbed myself to the overwhelming pressure and anxiety I felt from continuing a relationship that I knew was wrong but wouldn't stop.

The worse my language and behavior in the relationship got, the more I lost control with my addiction. It got to the point where I was showing up to work high, drinking and abusing drugs for days to escape the reality of what I was doing. My family checked on me all the time while I was at college. My mother texted me everyday and called too. But I would never tell them that I was depressed and alone.

The best I could do was hold down a part-time job at best buy. I kept telling myself that working hard would make other parts of my life better. But instead, I used the fact that I was holding down a job as an excuse for not dealing with all the other parts of my life that were horribly wrong.

Even getting arrested and going to prison wasn't enough to make me want to fix the things in my life that were wrong. When I met my lawyers and they told me about the possibility of bond, I was still so committed to avoiding the problems in my life that I didn't want to bond out. I thought I belonged in prison and nowhere else.

5

I am so grateful now for my family who flew all the way across the country to show their love and support for me. My parents and lawyers convinced me that I could make a meaningful change.

I think I have done that for myself over the past year. First and foremost, I have been completely clean and sober since my arrest and that has made a true and tangible difference. Sobriety has allowed me for the first time to engage in individual and group therapy. The therapists at Oregon Center for Change have helped me confront myself and grow into a young man who no longer feels grossly immature for my age. Narcotics Anonymous meetings have also given me the tools to deal with and understand my addiction in a healthy and manageable way.

When I started working in the warehouse of my dad's plumbing and HVAC company after I bonded out, I was nervous to go to work with my dad every day. But being in the warehouse for 30 hours a week over the last year has provided me with structure and a sense of self-worth — something I completely lacked in the past.

6



Judge I want you to know that I am on a better path now than the one I was on when I was a teenager and college student. I say that knowing that my path now involves going to prison. I accept too that the punishment for what I did will extend well beyond prison and likely last a lifetime. With the counseling I recieved from Dr. Ward and Dr. Groener, I now understand why.

I also want you to know Judge that I have goals to live a good life close to my family and the values they instilled in me after my prison sentence, however long that is. I will still be a relatively young man then, with a family who I trust will continue to offer me their full support. With their help, I want to become a autobody technician. I plan to finish my college degree and get the specralized training necessary to work in an autobody shop. Now that I am healthy and sober, for the first time I can honestly say that I genuinely have these goals for myself, and I can acknowledge that I had absolutely zero goals for myself when I went to college in 2021.

7

I still think a lot about how wrong my behavior and words were to the minor victim. At least now I know how to use that thinking as direct motivation to improve and become a person I am proud of. I believe one day my family will be proud of me too. I am asking you humbly not to separate me from them for longer than is necessary

Respectfully,

Canyon Beasley

Dear Judge Russell,

I am writing this letter so you can know more about me and my background.  Now that I have been sober for more than a year, since I got arrested, I want you to know how humiliated and ashamed I am of my actions. I feel like I am now a bigger and better person than my terrible conduct and crimes that led to my arrest. I am deeply sorry for the pain and harm my poor decisions and actions caused the Minor Victim.  I know there is nothing I can do now to reverse the damage I did to her or go back in time to make the right choices.  But still, I wish that the Minor Victim can get the kind of counseling and therapy I have gotten over the past year, and that it helps her heal and have some peace.  From my experience, good counseling and living clean and sober has done so much for me.  I hope she can benefit at least as much as I have.

Judge, I also want you to know that I was raised in a family where my parents loved each other and loved me and my brother too.  My parents gave me and my brother all their attention.  They taught me to do the right thing, and they demonstrated that in their own lives.  They are hardworking, they value their families, they care about others and try to help their friends and relatives whenever they can.

When I reflect on my conduct from January 2023 to my arrest, I am still shocked and sickened at how far I strayed from how I was raised.  I realize now too that the Minor Victim didn't have a loving family like the one I came from.  I am not sure she was raised to know how terribly wrong things were between us, but I was.  I was for sure raised to know that what I was doing was completely wrong and that I should have been the responsible adult who put an end to it.

When I was 19, I started my first year of college during the Pandemic.  I was already not great at socializing and had spent the last year and half of high school during classes online at home.  When I got to college I couldn't break out of the isolation I had been in due to Covid closing the schools.  I stayed by myself in an empty single dorm room.  I skipped

classes whenever I could. I waited until everybody else was leaving the dining hall from meals, and then I would go in to eat alone. I avoided participating in any group activities or assignments with classmates. Instead of trying to meet people and have real friends, I sat in my dorm room and spent all my time on social media. My activity counter on my phone was usually 14 hours or more a day of being online. This was how I was living when I met the Minor Victim on TikTok. In the beginning I thought she was just a few years younger than me. I believed her when she told me that she was 17. I will always regret that when I came to know her real age I didn't have the courage to do the only right thing and end the relationship immediately. It is something that still pains me, not only for myself but for the Minor Victim too.

I could have gone to my parents for help, and I know that, along with being disappointed and extremely upset with me, they would have everything in their power to put a stop to what I was doing and help me. But the shame and guilt of what I had already done was paralyzing. So instead of getting help, I continued the relationship. I was already drinking too much in college, but I began to drink even more. I also started using hard drugs, particularly cocaine. I numbed myself to the overwhelming pressure and anxiety I felt from continuing an relationship that I knew was wrong but wouldn't stop.

The worse my language and behavior in the relationship got, the more I lost control with my addiction. It got to the point where I was showing up at work high, drinking and abusing drugs for days to escape the reality of what I was doing. My family checked on me all the time while I was at college. My mother texted me every day and called too. But I would never tell them that I was depressed and alone.

The best I could do was hold down a part-time job at Best Buy. I kept telling myself that working hard would make other parts of my life better. But instead, I used the fact that I was holding down a job as an excuse for not dealing with all the other parts of my life that were horribly wrong.

Even getting arrested and going to prison wasn't enough to make me want to fix the things in my life that were wrong. When I met my lawyers and they told me about the possibility of bond. But I was still so committed to avoiding the problems in my life that I didn't want to bond out. I thought I belonged in prison and nowhere else. I am so grateful now for my family who flew all the way across the country to claim me and show their love for me. My parents and lawyers convinced me that I could make a meaningful change.

I think I have done that for myself over the past year. First and foremost, I have been completely clean and sober since my arrest and that has made a true and tangible difference. Sobriety has allowed me for the first time to engage in individual and group

therapy.  The therapists at Oregon Center for Change have helped me confront myself and grow into a young man who no longer feels grossly immature for my age.  Narcotics Anonymous meetings have also given me the tools to deal with and understand my addiction in a healthy and manageable way.

When I started working in the warehouse of my dad's plumbing and HVAC company after I bonded out, I was nervous to go to work with my dad every day.  But being in the warehouse for 30 hours a week over the last year has provided me with structure and a sense of self-worth—something I completed lacked in the past.

Judge I want you to know that I am on a better now than the one I was on when I was a teenager and college student.  I say that knowing that my path now involves going to prison.  I accept too that the punishment for what I did will extend well beyond prison and likely last my lifetime.  With the counseling I received from Dr. Ward and Dr. Groener, I now understand why.

I also want you to know Judge that I have goals to live a good life close to my family and the values they instilled in me after my prison sentence, however long that is.  I will still be a relatively young man then, with a family who I trust will continue to offer me their full support. With their help, I want to become an auto body technician.  I plan to finish my college degree and get the specialized training necessary to work in an auto body shop.  Now that I am healthy and sober, for the first time I can honestly say that I genuinely have these goals for myself, and I can acknowledge that I had absolutely zero goals for myself when I went to college in 2021.

I still think a lot about how wrong my behavior and words were to the Minor Victim.  At least now I know how to use that thinking as direct motivation to improve and become a person I am proud of.  I believe one day my family will be proud of me too. I am asking you humbly not to separate me from them for any longer than is necessary.

Respectfully,


Canyon Beasley