# EXHIBIT C

August 28, 2025

Honorable Sarah Russell
Federal District Cout Judge, District of CT
141 Church Street
New Haven CT 06510

Dear Judge Russell,

I write to you on behalf of my son, Canyon Beasley. First, I would like to explain who I am, as I feel it may be relevant to your consideration of my letter.

I am Canyon Beasley's father. I am 53 years old. I am the President & founder of Caliber Plumbing & Mechanical Inc, a plumbing/heating company located in Portland Oregon. Additionally, my wife Maria (Gaby) Beasley and I are the owners of a few other small businesses in Portland, Oregon. I started my career as a plumber in the Portland metro area along with rehabbing houses in our community. I worked as a foreman in the industry for seven years and then went on to become the owner of our first plumbing business, Reliant Plumbing & Mechanical, at age 34. Currently, we employ over 100 people through our business Caliber Mechanical and other ventures in Portland, Oregon.

I met my wife Gaby in 2001 after completing five years of training at Union Trade School Plumbers Apprenticeship program UA Local 290 Plumber & Steamfitters in Tualatin, Oregon in 1999. After meeting my wife, I knew that she was my person. It was so easy with her in my life as we never argued and always seemed to be on the same page. Immediately I knew I wanted to marry her and start a family. We did just that and we welcomed our first son Canyon in April 2003. When Canyon was born, he brought even more joy to our already very happy lives.

However, we became concerned early on with Canyon's development as he did not talk and his language was delayed. We scheduled appointments with various doctors in our local area. We visited speech therapists and other specialists, who initially told us that Canyon might have some form of autism. My wife is from Mexico, and we wanted our kids to be bilingual so Gaby would speak Spanish to him while I spoke English. As time went on, he started talking and carrying on like any other happy, young boy. We were blessed again and welcomed our second son Logan in 2005.

Canyon was an active kid growing up. He played baseball, soccer and video games alongside his brother. Of course, they liked to argue from time to time but were also very close. I was the assistant coach for Canyon in baseball and always made time to play video

games with him & his sibling at night/weekends when I wasn't working long hours. It gave me solace to know that Gaby was home and taking care of our kids for whatever was needed. Exactly opposite to how my childhood home was like. I was still loved by my parents but in drastically different times. I say different, as both of my parents worked full-time jobs with no higher education than high school.

My siblings and I argued and were at odds daily as there was not a lot of discipline from our parents. I believe they did an amazing job with not a lot of help from me; I can tell you that much. I was kind of a pill and demanding like no other. I am so thankful for my parents and everything they did to provide for myself and my siblings. I would say that my wife Gaby and I really discussed life goals with our kids for what would come after high school. Growing up my parents didn't really discuss those things, so it really was important to have those conversations with both of our boys.

Gaby has been a homemaker for most of the 23 years we have been married. It was important to us both that we have a high level of engagement in our kids' lives. She took care of the house and kids, and I worked hard to build a business that was successful and could sustain our family. Early on I worked a lot of hours, but I remained engaged with Canyon and Logan when I was home to make sure they had a stable and loving house to come home too.

We took many trips together as a family. In the beginning the family trip was just to the Oregon coast for the day or an arcade on a weekend when we had little money and I was still growing our businesses. Later we were fortunate to go places that I only dreamed of going when I was a kid. For Gaby too it was inconceivable to even think about traveling anywhere coming from very little means in Mexico. Regardless of where we were, we took pride in our family being together. That's all that mattered.

I remember Canyon as a sweet child who cared for everyone and looked out for the underdog. He would gravitate towards kids that were not treated very well by others. When he was playing baseball or soccer as a child he would make sure to pick the kids that others did not want on their team. I would ask Canyon why he played with the same kids all the time instead of with some of the better players so that he could win. He would just say in reply, "who would play with the other kids if I didn't?"

When Canyon was in middle school, I experienced a failed business venture in Beaverton Oregon. To get a fresh start, we moved our family from one side of Portland to the other. We moved in with my mom for 4 months while we fixed up a family home we bought in Gresham, Oregon. Canyon did not have many friends growing up, so moving and losing his few friends in Beaverton just added to an already difficult time for him.

The transition proved to be awkward for Canyon. So, for 10th grade, we enrolled him in a private Christian school where we hoped he might make friends in a different crowd from the one at Sam Barlow, the local public high school. He met a girl there that would become his first and only girlfriend. They dated for about a year. And then his friend Owen started dating his ex-girlfriend. Canyon lost his new friend group there too, and Owen ended up vandalizing Canyon's used car that he had worked so hard to get.

Canyon was always a hard-working kid, either working at McDonalds, doing chores, or eventually working for me over his summer breaks. He really wanted a car, so I told him if he maintained good grades, I would split the cost of a used car with him. Canyon worked and saved up for a couple of years and was able to buy his dream car, a 2003 BMW 318i. Not my first choice by any means!

Canyon went back to Sam Barlow for his junior year of high school, and we started discussing what he wanted to do after high school. Even though Canyon worked hard and did well working within our businesses, he knew that he did not want to work in the trades his whole life. I encouraged him to go after a college degree. I advised him that if he had a college degree underneath, we could figure out his options from there.

During Canyon's 11th grade year, the COVID-19 pandemic hit. With Canyon being more of an introverted kid and not having many friends, I can only imagine what impact this was having on him psychologically given what I know now.

Throughout their high school years, I always told both of our boys that they either needed to go to college or get into the trades. My rule was that if they were not working or going to school, they had ONE year to figure out their adult path. Then they would have to move out of our home. I reminded them of that limitation on my financial support a lot. Not knowing Canyon's mental state, I wished I had not said that. Of course, I never would have kicked him out, but he had no way of knowing that. I made that rule just to motivate him to push towards goals in life. In short, anything I could do with regards to steering Canyon in the correct direction after school I was willing to do for him to skip those steps that I had to process on my own at that age.

For myself, I moved out of my family's home at age 18. I was always working in my late teens and early 20s with no training and really no education beyond high school. It was up to me to figure out life goals and most importantly how to take care of myself when no one was there. It was a different time, and the costs were a quarter of what they are today.

Canyon completed his senior year of high school through our district's online school, ME Web Academy. He graduated in June 2021 and then enrolled in Warner Pacific College.

Canyon convinced us that he would be more engaged if he stayed on campus, even though his college was only a half hour away from our home. My hope was that he would meet some new friends, and it would help him get out of his shell. Unfortunately, what I know now, it was the worst thing we could have done for him. Canyon being isolated, little to no friends and cooped up in his room was a recipe for his decline. After all that has happened, I came to find out that he had been experimenting with drugs by himself in his room isolated and alone. I talked with him weekly during that time but unfortunately did not sense any issues.

In addition, my wife talked or texted him daily. Canyon would come home for weekends at first, but the visits became less frequent. Canyon must have compartmentalized his life. We never knew that he was struggling with depression and substance abuse.

With a full schedule at school to graduate on time, I constantly told Canyon that he didn't have to work and that school was the most important thing. Canyon said that he liked to work, and he was handling things fine. I would make sure that he passed his classes by asking for his grades at the end of each semester. If he was not passing in school I let him know that I would make him move home and quit his job at AT&T.

Canyon moved home after his junior year of college. That summer, Canyon told us of plans to travel to Connecticut with a friend from the local gym where he worked out. I wanted to say no at first, but I also wanted him to gain some life experience. I wished we had seen his struggles that he had going on internally so that we could have intervened to help him resolve what was happening.

With this time that he has been granted by the Court to stay with us at home on supervised release in Oregon, Canyon has been working hard on his mental health. He is taking prescriptions for his depression and insomnia. He has been seeing a psychiatrist and taking counseling sessions to help him with daily life challenges and to gain insight.

I believe these sessions have taught him to reach out when it's just too much for him to handle on his own and that he has internalized how wrong and unconscionable his actions were. I pray that he is now prepared to face the consequences of his actions.

My heart has broken since learning about Canyon's offense. Not only for Canyon but of course for the victim also. I do believe that during these past months at home working and focusing on his own mental health, our son has come a long way toward understanding and overcoming the gross immaturity and terribly poor decision-making that he was engaged in. His life, the victim's life, and our lives are forever changed by his actions. For that I have no words – just deep, deep sorrow.

I hope that somewhere beyond the offense, you can see the good in Canyon too. I believe Canyon still has a lot to offer others and society, and that he will make a healthy life for himself after prison. My hope is that Canyon will come through this situation stronger, more resilient and a better communicator who knows that he will always have a home with me and his mother, and our unconditional love and support.

Lastly, I would ask if Canyon could be placed close to us in Oregon during his incarceration. This would help our hearts heal being able to see our son on a regular basis.

Respectfully,



**President**



