# EXHIBIT D

August 19, 2025

The Honorable Sarah Russell
Federal District Court Judge
141 Church St.
New Haven Ct. 06510

Dear Honorable Judge Russell,

It is with a heavy heart that I am writing this letter to you about my son Canyon Beasley. I never in my life pictured myself writing a letter like this, but I must count my blessings. This is a heart-breaking situation not only for us, but for the victim and her family too. I praise the Lord Jesús my Savior and thank him because my son is a life. And where there's life there's light; and where there's light there's hope.

My name is Maria Gabriela Beasley. I am 57 years old and a Catholic woman.
I am a stay-at-home mom to my sons Canyon and Logan, a labor of love I wouldn't change for anything in the world. I have been happily married to Ernest Lee Beasley for 23 years. He is the father of my sons Canyon and Logan. I am Mexican American, and I am very proud and thankful to this country for all that it has given me, God Bless America us.

I married Ernest when I was 33 years old. By the time I turned 35, Canyon was born making me the happiest mother on earth. He seemed like a healthy boy at the time, but we noticed that he wasn't developing at the same speed as the other kids his age, so his pediatrician sent us to a speech therapy doctor for extensive testing.  Canyon took many speech therapy classes, and he got better. But later in life he was diagnosed with ADHD and more recently with depression and anxiety.

I feel like our family moving from Beaverton to Gresham when he was in middle school affected him a lot. It was a huge change that both my boys struggled with. Canyon never found a way to fit in. He has always been an introvert. Another big change was when he went to college during the pandemic, which ended up not being good for his mental health.

Canyon is a wonderful, loving and caring kid that will do anything for you.  It is just that I feel we missed the warning signs that he was in a terrible mental state in college when this illegal relationship began. He has told me that he is very remorseful and regretful for what he did, and he wishes that things could go differently.  Knowing Canyon the way I do, I believe this is true. I didn't realize that he was struggling with mental health issues. I wish he could've come to me and talked to me. But that is easier to say than do. He has so much shame and guilt about it now.  Since returning home in November 2024 he has shared more of what he was going through and his broken heart for the harm he caused. All l can do is be present for Canyon and pray for the painful situation that we are all in, including what the victim and her family is experiencing.  I love my son Canyon more than words can express. More than anything in the world. God knows.

Growing up, I saw Canyon as a compassionate, loving, giving and forgiving person. He never had many friends, but he is loyal to those he is close to. Canyon participated in activities as a child. He played soccer, basketball, basketball, wrestling, and swimming. In middle school and high school, he played saxophone in the band.

I remember one snowy winter morning when Canyon was a child. He walked into the kitchen with four baby birds that had fallen out of their nest into the snow. The little birds were almost frozen to death. l said to Canyon that they would not make it. But Canyon did not give up. He was determined to save the baby birds with warm towels, and it was a total success. Afterwards Canyon put the birds back into their nest. Another time, Canyon rescued a black and white furry little bunny that someone else abandoned on a very narrow busy road. Canyon brought the bunny home and after many phone calls, his Aunt Leslie happily adopted the bunny into her home.  Canyon and his Aunt Leslie share a soft heart for animals.

Canyon is an empathetic person too.  When Canyon was turning 19 we gathered as a family to celebrate his birthday.  His Tia Irma (my sister) gave him $60.00 dollars cash as his birthday present. Canyon turned and said to me "Mama I cannot accept her gift. She is a single mother, and she works too hard for her money. Please give it back to her." Canyon has also regularly made donations to The Water Project in sub-Saharan Africa for children who have no drinking water services at their schools.

Judge Russell, I want you to know that I believe Canyon is a diamond in the rough. His words and actions over the last year show me that he is holding himself to account for what he did and trying to repair his mental health. He completed drug addiction treatment through the Veterans of America program. He also goes to psychiatric counseling. We are here for him as his family.  We will always be supporting and encouraging Canyon because he has a huge heart and a lot of potential to be the best person that is in him.   We are committed to offering him guidance and support – always. I can see that he is emerging from a period of terrible confusion in which he was doing terrible things. But I see too that he is working very hard to make amends for what he did.

Your Honor, l beg of you as a mother who loves her son with all her heart and soul that you sentence Canyon with compassion and mercy.

With utmost respect,
Canyon's mom
Maria G. Beasley