# EXHIBIT E

August 20, 2025

Dear Judge Russell,

My name is Logan Beasley. Canyon Beasley is my brother. I am 19 years old and currently work in construction as an HVAC apprentice in Portland, Oregon.

I've known Canyon for my whole life. He is two years older than me, and we have always lived together. We have always been close.  And I feel certain we always will be.

We grew up playing youth baseball and soccer, though we were on different teams.  We played video games and rode bikes everywhere together too.  Later as teenagers, we worked on cars and worked out at the gym together.  After our move to Gresham, we became a little bonded group with our next-door neighbor Brayden.  As a family we took motor home trips around Oregon and made visits to Mexico.

The family move from Beaverton OR to Gresham OR was a big event in our childhood. I took it especially hard. Losing all my friends and switching schools made it a really difficult time and transition for me. I really struggled with my emotions. The only person I really felt like I could confide in was Canyon. I've always looked up to him in the past and he always knew how to calm me down and make me feel better when nobody else could. I remember him going out of his way to sit down with me just to talk or play video games with me. Even when he was busy with school he always made time for me.

When we got older Canyon would still find ways for us to spend time together as brothers. He would take me out to lunch and pick me up from school after he could drive and before I could. When I got old enough to get my license, he took me out to practice driving in our neighborhood and parking lots. Eventually when I saved enough money to buy a car he would be the first person willing to help me when it needed work -- like oil changes, brake jobs, or just troubleshooting something I couldn't figure out.

Canyon and I stayed in contact after he went off to college too. We exchanged texts, did facetime calls, and Canyon made frequent visits back home.

One thing I remember that affected him was the covid 19 pandemic and lockdowns. He often told me that going to college classes in a hybrid setting made it difficult to meet people. He got depressed, which I started to notice more when he came home to visit. This was around the time that he shared that he was drinking heavily and getting into harder drugs. I remember finding empty bottles of liquor that he would leave in his room when he was at home. I was worried for him but anytime I would ask him how he was doing; he would say that he was alright. That was pretty in character for him because he never wanted me to worry about him and more often put my needs before his own.

One story that comes to mind about Canyon is a time when he was driving home from his job at a Nutrition Store and he saw that a pet bunny was abandoned on the side of Butler Road which is a forested two-lane road where garbage is often dumped. He pulled over to see if the rabbit belonged to anybody, but the bunny had no collar and was clearly left behind intentionally. Canyon picked up the bunny to see if it had any injuries and afterwards took her home. Canyon called me over to his room to show me what he found. I sat next to him while he called almost his entire contact list trying to find the bunny a new home. Our Aunt Leslie ended up being the person who wanted to take her in as a family pet. The bunny ended up living the rest of its life peacefully with our aunt.

Another time that I remember is when our mutual friend and next-door neighbor, Brayden Hoberg, was at a concert a few hours away from home. His car broke down on his way home from the concert. He called Canyon and asked if he knew how to get the car started but they couldn't figure it out, so Canyon ended up driving out to pick up Brayden and fronted him with the money for his tow. They both came home and woke me up to tell me about it. Canyon also used to donate to a Water Project which is a nonprofit organization that builds wells in Africa. I know this because he would get thank you letters from the organization in the mail, and I would read them. He never told me about the donations until I asked him.

The day that I found out Canyon had been arrested, it shocked me. I thought there was no way that my brother, who I had known for my whole life, would ever do something like this. And my parents felt the same way about it as me, shocked and disbelieving. During the two months that he was away after his arrest, I was really sad. I worried about Canyon, and I couldn't make sense of what had happened. Ever since Canyon came back last November, things have been better. He has expressed to me that he feels shame and remorse for what he did. He has confided in me his fears about prison but also accepts that he deserves serious punishment.

I have come to terms with the fact that Canyon's offense will change his life forever. Watching him face what is ahead makes me love him even more. Canyon has my full support and always will. We have spent a lot of time together since he returned home. I make a point of checking up on canyon, making sure that he is doing alright and feeling good, and making sure that he knows I am proud of him for how he is committed to getting better and doing better.

Thank you for your time, Judge Russell. I hope you see the better side of Canyon through my letter.

Sincerely,

*Logan Beasley*