# EXHIBIT F

July 31, 2025

Dear Judge Russell,

My name is Brayden Hoberg. I'm 21 years old and currently work as a technician for Ford Motors in Portland Oregon. I'm writing to you today with the heaviest heart and the deepest hope—that this letter gives you a more complete picture of who Canyon Beasley truly is, and what kind of person I've come to know him to be over the past decade. I met Canyon nearly 10 years ago when I moved into a cul-de-sac and became next-door neighbors with him and his brother, Logan in Gresham Oregon. They were the first friends I made after moving and switching schools, and ever since then, Canyon and I have built a friendship that is truly like family. He has been my best friend ever since, and I still speak to him nearly every day.

Through the years, Canyon has always been someone who showed up for others—without asking for anything in return. He was the kind of person who would help a stranger without hesitation and support anyone going through something, simply because he understood what it felt like not to have someone there. He once told me I was one of the only people who had always genuinely been there for him, and I can say without a doubt that he's always done the same for me.

Canyon once even gave new clothes to a classmate who was getting picked on at school for wearing old, dirty clothes. That's the kind of heart he has. He's always had a real desire to be a source of love and strength for others. He's shown this consistently with his younger brother, always looking out for him, always telling him the truth even when it was hard, because he wanted what was best for him.

There were times in my own life when I was really low—moments where the weight of everything felt like too much. And Canyon talked to me and made me feel like I was the only person in the world for that moment. He reminded me that I wasn't alone in this mental battle I was in, even when my mind tried to convince me otherwise.  He always showed up with a light, with encouragement, with a reason to keep going. I remember times at the gym when he would walk up to people who were clearly new or nervous and talk to them, hype them up, teach them tips for lifting that he wished someone had taught him. He'd let them borrow his straps or show them a workout, not for attention or validation—just because he cared.

When I heard about the charges against Canyon, I was in complete disbelief. My first thought was, they've got the wrong person. It didn't make sense. It didn't align with who I know Canyon to be. I remember Logan, his brother, calling me and being just as shocked, confused, and full of questions. We couldn't make sense of it.

Over time, Canyon opened up to me about his offenses. He didn't try to hide from it. He didn't make excuses. He expressed deep remorse for the harm he caused. Canyon also opened up to me in the past about his struggles with drinking and substance use—especially during his time in college when he was feeling isolated, distant from his family, and disconnected from his friends. Like many young people facing emotional pain without a healthy outlet, he turned to

those things for comfort. I never judged him for it. I only felt more compassion for what he must have been going through. What stands out most to me is how honest and transparent he's been about this part of his life, and how committed he's been to reconnecting himself to healthy family relationships and the values he grew up with. Since being home, he's remained sober and shared that drugs and alcohol have no place in the life he wants to build. He told me directly, "My life can't revolve around that anymore. There's just no room for it." And I've seen him hold true to that, not just through his words but through consistent clean drug tests, and more importantly, his attitude, his discipline, and his mindset. Watching him walk this path has only made me prouder to be his friend.

Growing up, I saw Canyon almost every single day from the time we were around thirteen until he left for college. We were inseparable for years—doing life side by side as we grew into who we were becoming. Even when I started splitting time between my mom's and dad's houses and life began to get a little busier, we still found ways to see each other often and stay close. Our friendship wasn't just about hanging out—it was family. We went on lake house trips together, wakeboarding and boating with my family. Other times, we'd travel to Mexico with his family and just have an absolute blast exploring, going to the mall, and sharing laughs. I remember in high school we'd go clothes shopping together, trying to help each other figure out our styles—just two young guys learning how to express themselves in the world. We went on beach trips with his family too, surfing, having fires at night, and doing all the things that make you feel like you're part of something bigger than yourself. And through all of that, what meant the most were the deep talks we'd have—those late-night, soul-level conversations where we really opened up about life. We always had each other like that, and I'll always cherish it.

The impact this has had on Canyon and his family has been devastating. I've seen the toll it's taken on his mental health, his spirit, and his future. He carries the weight of disappointment, guilt, and fear every day. He's not the same person I knew before all of this—not because he's worse, but because he's broken by what's happened. And yet even through that, he's still trying to grow. Still trying to be better. Still showing up.

I know this letter is just one of many that you'll read. But I truly hope it gives you a glimpse into the real Canyon—the Canyon I've known for almost half my life. If you have children, I imagine you understand how much young people can be influenced by confusion, isolation, and the mistakes of youth. Canyon has taken responsibility, and I believe with my whole heart that he is someone who can and will turn his life around. I will continue to stand by him—not because I excuse what happened, but because I know the man he truly is. He's one of the most loyal, compassionate, emotionally intelligent people I've ever known, and I will continue to help guide him and hold him accountable as he moves forward with the rest of his life.

Thank you for your time, and for reading this letter.

With deep respect,

*Brayden Hoberg*