# EXHIBIT G

October 27, 2025

Honorable Sarah Russell
Federal District Cout Judge, District of CT
141 Church Street
New Haven CT 06510

Dear Judge Russell,

Please accept this letter on behalf of Canyon Beasley. I am the Plumbing Warehouse Manager of Caliber Plumbing & Mechanical Inc, in Portland Oregon. I am 62 years old, and I have worked in this industry for over 40 years. I have supervised a lot of young men over the course of my career. In the past, I generally worked alone at the Caliber Plumbing Warehouse and frankly, I didn't mind that at all. But last November, I learned from Ernie Beasley, my boss and the owner of the company, that his son Canyon was going to be working with me at least 30 hours a week in the warehouse. Ernie explained his son's situation, and I accepted that I would deal with Canyon just like so many of the other young men in this trade that I have worked with over the years. Still, I wasn't sure what to expect – Canyon's still a young kid to my mind, and I'm old.

I can honestly say that I have been impressed with how Canyon showed up every day over the last year earnestly ready to work hard. Canyon has performed well in the warehouse. He takes pride in how we run it, and he has made it better. From day one, he has been attentive and respectful to me. I am set in my ways, and I run my warehouse by my rules. I'm not much of a collaborator.

Canyon has taken direction from me every day at work and grown into an employee who is a real asset to the company. Canyon didn't know much when he started, but he learns on his feet pretty quick. When I have corrected him as he learns knew skills, or occasionally makes mistakes, he responds with a genuine desire to do better. He shows respect for the fact that I am teaching him a skill set that he needs to master.

Canyon works under me organizing our materials inventory, storing it efficiently and properly and sending back to suppliers any excess materials which can be returned after Caliber completes a job. In short, we organize and account for a lot of stuff that is constantly coming in and going out on pallets. In this way, Canyon helps protect the company's bottom line.

During the past year, Canyon got certified to operate a forklift. He is a big help now loading trucks with materials for transport to job sites and moving pallets around our floor space. I can also count on Canyon to accurately fill requests for materials that our plumbers in the

field call in.  Canyon ensures that the supplies they requested are organized and ready for quick pickup when the plumbers come in to the warehouse for supplies.

I am aware that time is running short for Canyon, and I will be losing him soon when he leaves to serve his sentence.  I understand that this is necessary, but I will miss him, nevertheless.  It will be stressful for me to go back to maintaining the plumbing warehouse without his key contributions and steady work.  I have grown to count on him and have appreciated how he has grown up over the last year -- he shows maturity in his conversations with me about the warehouse and adding value to the company.

Judge, I hope you will give weight to Canyon's strong work ethic and his willingness to learn and develop a valuable skill set as you determine his sentence.

Sincerely,

*Joe Riley, Plumbing Warehouse Manager*

