# EXHIBIT H

**Statement from Leslie Edwards on behalf of nephew Canyon Beasley**

My name is Leslie Edwards. I am Canyon's aunt, 57 years old, and a financial consultant for a large software company. I've always admired Canyon for his sincerity, quick wit, and his eagerness to help others. He has also shown a consistent willingness to listen and learn from his family—a quality that speaks to his depth of character.

There are four stories I'd like to share that reflect who Canyon is at his core.

**A Heart for Animals**
One moment I will always cherish happened one summer day. Canyon called me about an abandoned rabbit he'd found in a field. While driving, he noticed movement out of the corner of his eye—a small rabbit, alone and vulnerable. He turned his truck around, got out, and to his surprise, the rabbit hopped toward him. Canyon gently picked him up and brought him home, knowing he couldn't care for the rabbit himself. He asked if I would take him in. As someone who has always loved animals, I gladly agreed. That rabbit became part of my family of pets and lived a free-roaming, happy life. Canyon frequently checked in to ask how the rabbit was doing. His compassion for animals is just one example of his big heart.

**Support During a Difficult Time**
During the COVID-19 pandemic, I tutored Canyon in math. He was a high school senior at the time—a particularly hard period for teens, filled with academic struggles and emotional isolation. My own daughters had already graduated, but I had teenage stepchildren and saw firsthand how lockdowns affected their mental health and education. With my background in advanced mathematics, I supported both my stepchildren and Canyon through tutoring. I even drove Canyon to a professional tutor when needed. He was always open to my help, and he was hardworking, and determined to succeed. Through that time, I saw not only how intelligent he is, but also how deeply funny and charming he can be. His sense of humor was a constant light.

**Cherished Family Moments**
Some of my fondest memories are of family vacations with Canyon—especially during his teenage years. We traveled to the beach and to Central Oregon, spending time walking, laughing, swimming, boating, and simply enjoying each other's company. Those were

joyful, meaningful times. It was during these trips that I recognized Canyon's gift for making people laugh. His humor is unmatched—he has the rare ability to bring genuine laughter and happiness to those around him. I often wish we could return to those simpler days, and I carry a deep sorrow that I couldn't somehow prevent what has since unfolded.

**Empathy**

Many people see homelessness as an unfortunate social issue to be avoided, but Canyon approaches it with genuine empathy. Though he was raised in an upper middle-class family—never having experienced hunger or housing insecurity himself—he has always shown heartfelt concern for those in need. On numerous occasions, he has offered food to individuals asking for help on street corners, driven not by obligation but by sincere compassion. I would fully support Canyon in volunteering with organizations that serve the homeless and would proudly stand beside him in that effort. I believe such work would not only reflect his natural empathy but also further ground and strengthen his character.

I've made it a point to visit Canyon regularly and remind him that I love him—regardless of the poor choices he has made. When the time comes for him to return home, I will be there to support him fully.

When my brother Ernie, Canyon's father, first told me what had happened, it was devastating. The emotional pain our family has experienced is profound and difficult to put into words—something we are all still grappling with, as are others impacted by this situation. It was completely out of character for the Canyon we know.

We've had many heartfelt conversations about his actions, what his life looks like now, and what lies ahead. He has shown sincere remorse, shame, and sorrow for the pain he has caused. It took time for him to open up, as he was unsure how I and other family members would react. He understands that this will leave a lasting impact on everyone involved—especially himself.

I don't excuse his actions. But I believe that the best way I can support him moving forward is by being present, consistent, and loving. I will continue to stand by him—through his sentence and beyond—and do all I can to help him rebuild his life with accountability, humility, and hope.