# EXHIBIT I

July 24, 2025

Dear Judge Russell,

     My name is Jerry E. Long. I am a 62-year-old man, a homeowner, and in 2008 at the age of 46, I earned my Bachelor of Science Degree in Supply and Logistics Management from Portland State University. For the past 22 years, I have lived in my current residence in SE Portland, and I have worked in the same building/industry for the past 20 years as a Supply Chain Manager. Over the past 30+ years, I have coached youth baseball and basketball, and I currently referee youth basketball for North Clackamas County Park and Recreational Sports District in Oregon. I am a very responsible adult, I have worked very hard and been very driven and focused to earn my Degree, Credentials and Achievements.

     I mentioned above that I purchased my home more than 20 years ago, I did so as a flip project, and I purchased it and refurbished it with Ernie Beasley, Canyon's father. I feel it is equally important to share with you not only my relationship with Canyon but also begin with my relationship with his parents and his entire family as I have been in the Beasleys lives since before Canyon was born. I know the type of household and environment that Canyon grew up in firsthand. Today, they literally live 15 minutes from my home, and I visit them often. I am close with their entire family, mother, sisters, brothers in law, and much of their extended family. I have shared many holidays with them over the years, including but not limited to, New Years, Christmas, Thanksgiving, Labor Day, and shared in celebrating all their Birthdays. I have also traveled out of the country with the Beasleys, they are a very close-knit and loving family, and I am blessed to be invited into their lives.

     My relationship with Canyon has always been somewhat like a son, and I have felt like a mentor to him. When I see him, I always give him a big hug, tell him I love him, and he always makes time to have a good conversation with me. He asks me in depth questions about how I'm doing, my work, my golf game and asks what I've been doing for fun, and he remembers our conversations. I recall one time that I shared with him that my work was getting very stressful and I was having trouble sleeping, and right at that time he asked me if I wanted to go work out (they have a home gym), because working out always helps him when he is feeling stressed. It was a very caring gesture that stuck with me, so much so that it hit me even harder when the next time I saw him, which was a few weeks later, the first thing he asked me about was "*how is your work situation going*?" He is a very caring young man, who has compassion for others, and shows concern for others.

     For as long as I have known Canyon, which is his entire life, he has been a very inquisitive and active boy/young man. His interests through his younger years varied between video games, motorcycle riding with his father and brother, and most outdoor

1

activities and as he grew older, his interests grew more towards cars. I have only owned 7 cars in my entire life, and my last count, he has purchased, fixed up, and sold close to 8 to 10 cars and he is not even 25 years old yet, he really shows a passion for buying, fixing up and selling cars. We have had many conversations about his future, both pre and post of his offense, and it always has something to do with automobiles. I remember for his 18th Birthday I went to Home Depot and filled up one of their bright orange 5-gallon buckets with everything one would need to detail their car. Car wash soap, brushes, washing mitts, auto wax, windshield cleaner and much more, and he was in shock when I gave it to him, it made him cry, and he kept thanking me the entire night. It made me feel good to give him something he had an interest in, and I knew he appreciated it.

     A couple of years back, I had the opportunity to house sit for about a week when Ernie and Gaby, Canyon's parents, went out of town. Canyon was a senior in High School. It was a great week, we all did our normal day activities, work or school, and a few times that week we would all gather for dinner. I let Canyon and Logan be themselves, and mostly stayed out of their way, but I wanted to make plans for that coming Sunday. I asked if they'd like to go do indoor go-karts, they both jumped at the opportunity, and we agreed we would leave the house at 11:00 AM Sunday. Sunday arrived, and they both woke up at 1:00 PM. They rushed upstairs in a panic and asked, "are we still going racing?" I replied, "No, we were supposed to be out the door at 11:00 AM, you're 2 hours late, so unfortunately we're not able to do that activity now". They were both dejected, disappointed and embarrassed. We sat there not really knowing what to say and then Canyon looks at me and says, "Jerry, I apologize, is it possible we can all do a different activity?" It instantly changed the mood in the room. It shocked me a little to have a 17-year-old take ownership and apologize. At that moment he took responsibility for his actions, and he was vulnerable in asking me to do something else. It was a very pleasant moment, and it displayed Canyon's character, this is who I know and love. As it turned out, we ended up going to a place called Cascade Locks, about an hour from their home, and they had never gone before. There are a lot of historical plaques strewn throughout the large property, spill way, and locks. I couldn't pull them away. They read all the history and asked so many questions. It turned out to be one of the best times I've had with Canyon, and they both still talk about that trip to this day.

     Earlier, I mentioned Canyon's family, and although the family gets together often, there is one relationship that has always stood out, it is the relationship between Canyon and his grandmother, Bev. She is well into her 80's now and due to some health issues, she doesn't get around very well. Over the years, I've been blessed to have been invited to many of those family gatherings, and if Bev is there, Canyon is right by her side. He recognizes she needs assistance, and even through all the hustle and bustle of the family gathering, his attention remains steadfast on her and whatever she may need. This includes something

2

as small as a napkin, a glass of water to something major as assisting her downstairs, to the restroom or to and from the car. I've been around this family for over 20 years, and going as far back as I can remember, Canyon has always naturally gravitated to Bev, even as a little boy. The change in their relationship over all the years has left the biggest impression on me. I've watched Canyon go from a needy little boy who was naturally cared for by his grandmother, to a giving young man who now naturally takes care of his grandmother. He thinks of her needs first and puts himself second, that is not always the case in our society of young people today.

 Roughly 3 months ago, I sat with Canyon at his home, and we were just sitting there talking about general topics, life, work, family and friends etc., when he began talking to me about his life. He didn't go into detail, nor did he define any topic, he just began sharing what was on his heart. He was very general and shared many elements of his life. I could tell that this was a moment for him to get some things out in the open, and off his chest with someone other than his family. I took honor that he trusted me and knowing that he valued our friendship so much that he felt comfortable sharing parts of his life with me. He was being vulnerable and honest, and it took courage for him to share. At one point in our conversation, he looked at me and said "Jerry, I want to apologize for anything that may have impacted or jeopardized our friendship".  I took honor then, and I still do today, that he trusted me and knowing that he valued our friendship so much that he felt comfortable sharing important parts of his life with me. He was being vulnerable and honest, and it took courage.

 It has been my observation that this situation has created a very large emotional impact on the entire Beasley family. They are a tight group, who spend a lot of time together, and they are all in different places of processing, understanding, and forgiveness. This is a very tough subject for them all, but what I have seen is a very strong family coming together recognizing their individual strengths are insurmountable if they stick together and support one another to get through this part of life. Canyon is a son, a brother, a cousin, a grandson and a friend to many. He will have support from so many people to help him get through the journey ahead.

 Canyon Beasley is my friend.  I have supported him through this part of his life and have shared with him that I will be by his side the entire way. He has shared much with me, and there is no judgement, he is a young man finding his way in a not so perfect world, with many different variables that the older generation did not have to navigate. I have expressed to Canyon that I pray for him, I will support him, and be there for him, regardless of what the future holds. As he moves forward through this part of his life, he has remained a very caring young man, who values his family, their love and support and understands the

difference between right and wrong. He has not shown any bitterness towards anyone. He has lived his life in a manner of accountability, and I know he will stand tall in his shoes and learn from any transgressions of yesterday, and he will own them, take responsibility for them, and become stronger for having gone through them.

Sincerely,

Jerry E. Long