# EXHIBIT J

Dear Judge Russell,

I hope this letter finds you well. My name is Michelle Lamorie, and I am a 56 year old Visual display specialist that has worked for the same retail company for 35 years. Today I am writing to you as the aunt of Canyon Beasley who is a cherished part of my family. I was there over 22 years ago when Canyon was welcomed into the world, and I have loved him ever since. Over the years, I have had the privilege of watching Canyon grow up since we live so close to each other, and I have been his second mother, that he affectionately calls "Aunt Sissy".

Throughout his youth, I often took care of Canyon and his brother when his parents were away. I was able to spend a lot of quality time with both of them and really got to know Canyon as a teenager and young adult. During those times I have been a witness to both his struggles and triumphs, and I have many cherished fond memories of him. One of the things I love best about Canyon is his witty sense of humor, many times he would have me in stitches doing impressions of informercials on T.V., how he would remember all the lines, I would never know. I also got to see first hand how highly intelligent he was, he has an amazing memory of so many obscure things, I jokingly would refer to him as "Cliff Claven" from *Cheers*. When watching him and his brother, he was never difficult, always easy to please and extremely helpful washing dishes and other chores. He loved anything I cooked for him, his favorite has always been my pulled pork, and my homemade ranch dressing. He loves my ranch dip so much, it was what he would request for his birthday gift.

Canyon's journey has not been without challenges. Throughout high school, he would often stop by my house on the way home from school, and he confided in me about the difficulties he faced to pass all of his classes. I know my brother could sometimes be hard on him, only wanting the best and for him to succeed, but it did put a toll on him. Thankfully he worked hard and persevered, ultimately improving his grades to graduate. I was immensely proud to witness his high school graduation; a significant milestone in his life that he accomplished durring the height of covid. I know how hard it was for him, and how he was so proud of himself to get into college. Of course college was even more difficult for him, not wanting to ask for help and support he had to retake classes that he failed durring the summer. He was making great strides in that area and did not give up.

When talking about Canyon, I do want you to know about his compassionate side that shines through in his charitable deeds. He has volunteered to feed the homeless youth on Holidays and he often pays for meals for those in need. He is also someone that loves animals; he has great patience teaching his dog tricks. My own dog Cocoa can be very finicky with people, but Canyon always took the time with her and because of this, she now loves him and willingly will sit on his lap.

Canyon has also been there for me numerous times, always giving advice or support with car problems or helping me with phone issues. Whether it was physically helping or lending an ear, his patience and guidance has always been appreciated. Recently he did something for me that was very sweet. My iPods were stolen at work, and he knew I wouldn't spend money on myself (he affectionately calls me cheep) so he surprised me and bought me new ones.

I also would like you to know that Canyon has openly discussed his battle with substance use, and the legal issues he is now facing, acknowledging that he sometimes turned to drugs and alcohol as an escape from his challenges. I was very saddened and shocked to hear this, because this was not something I would have ever expected from him. I know this was a hard thing for him to discuss with me, and he has been so remorseful for all the hurt he has caused to everyone involved. It has been very difficult to see how much his mom is hurting, my brother I know hurts too, but he hides it well. Durring this time I have made myself available to be there as much as possible for him. Going to his house for visits or by checking in with him and talking to him on the phone. Furthermore, he has shown remarkable resilience by graduating from drug treatment and dedicating himself to healing and therapy. He understands the ongoing nature of addiction and has worked hard to reconcile his emotions with his choices. These are things he has told me he will continue to work on for the rest of his life.

I am proud of Canyon for taking responsibility for his actions and not blaming others for his mistakes. He knows what he did was wrong, and he takes accountability and faces the outcome. After serving his sentence he aspires to work with cars in auto body, and both myself and my husband are committed to supporting him any way we can upon his release.

In closing, Thank you your Honor for taking the time to consider my letter. I respectfully ask for leniency during sentencing, as Canyon has made significate strides in improving his mental health and overall well-being.

Sincerely,
Michelle Lamorie