# EXHIBIT K

Your Honor,

Thank you for taking the time to read my letter. My name is Doug Lamorie, a 56-year-old sales specialist with Toyota Motor Company. I write to you today regarding my Nephew, Canyon Beasley who I am related to by marriage with his Aunt (Michelle). I have had the privilege of knowing Canyon since his birth in 2003, and I would like to share some personal insights into his character and upbringing.

Throughout his childhood, I have spent considerable time with Canyon when watching him and his brother while there parents' were away out of town. Our bond deepened since I was the one who chauffeured him to and from school.  During these drives we shared countless conversations about cars. He has a great knowledge about cars and often assisted me in working on my 1984 T-Top Chevy Camaro that he wanted to help get running and out of the garage. When the time came to purchase his first car, I remember how proud he was the day he brought it over to take me on a ride.
Other cherrished times with Canyon were on family beach vacations.  Having bonfires, only possible because Canyon brought down all of the firewood. He was always an enthusiastic helper. One night he wanted to have a big crab dinner for the whole family so I went out with him on the beach to catch crabs.  He ran into the freezing ocean time and again to catch those crabs with his bare hands. I was impressed at how good he was at it, and that night we had a crab feast for everyone. Our family's have always enjoyed being together, sharing holiday dinners, birthday party's, poker nights, etc. There hasn't been a time when we didn't support each other.

When Canyon faced these legal issues, my wife and I were deeply shocked, and it saddened us as our family has always been so close with him. Canyon has shown profound remorse for his actions and taken accountability for his mistakes.  His commitment to bettering himself is apparent through his community service at a local food kitchen and participation in both group and one on one therapy sessions.  Despite the gravity of the situation, I believe Canyon is on a path to redemption.  We remain dedicated to supporting him through this challenging time and intend to facilitate his reintegration into society upon his release .

In conclusion, Canyon is still very much a young man with immense potential.  I kindly urge you, Your Honor, to consider leniency in your

sentencing, as I wholeheartedly believe he can turn his life around and contribute positively to our community.

Thank you for your time and consideration.

Sincerely,
Doug Lamorie