# EXHIBIT L

Dear Judge Russell,

My name is Renee Holznagel. I am 28 years old and currently employed as a Leasing Manager with Prometheus Real Estate Group. I live in Portland, Oregon. I am writing to offer a personal perspective on the character of my cousin, Canyon Beasley, as he faces sentencing.

Canyon and I have been close throughout our lives—not just in the sense of being family, but in spending meaningful time together on a regular basis. We grew up in close proximity and saw each other frequently—often weekly or several times a month during our childhood and teenage years, and even as adults, we've remained in close contact. He has never been a distant relative to me; our bond has always been rooted in shared experiences and genuine connection.

Some of my favorite memories with Canyon include going to the lake together during the summer, playing endless games of pool in the garage, and running around with our cousins playing hide-and-go-seek at our nana's house. Those simple times were full of laughter, connection, and genuine fun. As we got older, we stayed close and continued to support each other.

What has always stood out to me about Canyon is his big heart and the way he brings people together. He's the person who makes everyone laugh at the dinner table, who volunteers to help without being asked, and who always notices when someone else is having a hard time. Canyon has always been the kind of person who would go out of his way to help others. He never hesitates to show up when someone needs support, and that kind of reliability and care has always been a consistent part of who he is

The news of Canyon's legal troubles was deeply shocking to me. The conduct for which he is now being sentenced is a heartbreaking departure from the person I have known. It was incredibly difficult to process, given the kind and respectful person I've always seen him to be. In our conversations since, Canyon has expressed a tremendous amount of remorse. He has acknowledged to me—without defensiveness or excuse—that he engaged in a poor decision. He seems to carry an immense amount of shame and regret. What has moved me most is that he doesn't try to minimize the harm he caused. He knows what he did was wrong, and he's made it clear to me that he wants to be different.

Since everything unfolded, I have seen Canyon take real steps toward reflection and change. He's been leaning into his faith, helping his mom in every way he can, and being open and vulnerable in our conversations. He's shown an eagerness to learn from this and to do the hard work of becoming someone who lives with integrity. I believe this experience has profoundly impacted him, and I have hope that with the right guidance and accountability, he can move forward in a meaningful way.

I intend to be part of that support system. Whether it's being someone he can talk to, encouraging his continued efforts to grow, or helping him stay on a better path, I am here and committed.

Your Honor, I respectfully ask that you take into consideration not only the serious nature of Canyon's actions, but also the full picture of who he has been to those who know him well, and the

remorse and effort he is showing now. Thank you for taking the time to read this letter and for considering the man Canyon is working hard to become.

**Sincerely,**

Renee Holznagel / ██████████████████

July 31, 2025