# EXHIBIT M

Dear Judge Russell,

Thank you for your time in reading this message and your undivided attention. My name is Preston Hutchings and I am a 34-year-old male living in Oregon. Canyon is my wife's cousin, and I have known him for over a decade.

I have had the pleasure of seeing him grow from a young boy to a young man. In this time, I have always known him to be a responsible and respectable person who always does his best to be kind to those around him. Canyon is a person you can put your trust in to always do the right thing to help those around him. He is the type of person to first introduce himself and give you a big hug.

I have had the opportunity to know and above all love Canyon and his family, I have shed tears with them in this matter. We are here to support him and his family through this time to ensure that he gets the help that is needed. We ask that there is a favorable and just conclusion to this matter. Thank you for your time.

Sincerely,

Preston Lorne Hutchings