# EXHIBIT N

Honorable Judge Russell,

My name is Esther Aranda. I am 50 years old, married, and I work cleaning houses in Aloha, Oregon. I am writing to you with the utmost humility and respect to plead for mercy on behalf of my nephew, Canyon Beasley. Canyon's mother is my sister. I have loved Canyon since he was born and have watched him grow up. I consider him a son, like my own child. I have had the blessing of watching Canyon grow into a young man. I've always known Canyon to be a kind, considerate, and generous person. I hold many memories that I wish to share with you.

Even from a very young age, Canyon showed me the importance of doing things selflessly. I recall a time when I had to care for him and his brother for two weeks because my sister had to travel to Mexico for our mother's funeral. Despite being just a child, Canyon took care of his brother, helping feed him even when he didn't know how to. He always did his best to make sure his little brother was okay. Canyon's presence was a great help to me during those difficult days, as we were going through a tremendous loss. I remember how he comforted me and how loving he was.

Canyon's presence was also felt whenever he gathered with his cousins, making sure they were having fun and enjoying themselves. As the oldest, he would take the lead, take care of them, and keep them laughing with jokes and games. They adored being around him.
I can't recall a single time when he acted out or behaved poorly. Another memory I hold dearly is when we went to a store and saw some people in need. Canyon, without hesitation, gave them some coins he had. Witnessing his kind heart in action moved me deeply.

On another occasion, we were at a party and my husband who only speaks Spanish, was sitting alone. Canyon, being bilingual, went out of his way to sit with his uncle and talk to him and make him feel comfortable the entire time. My husband loved him for that. Canyon is a person who does not wait to be asked to help he simply offers himself. Even as he
grew older and life became busier with school, work, and other responsibilities, I always saw the same love and generosity in him. He has donated his time and money to nonprofit projects.

Canyon's offense and knowing he will be punished with prison time has caused immense pain for the entire family, especially his parents and brother. It has affected them deeply. I have witnessed sleepless nights, tears and suffering. When I learned about Canyon's legal situation, I simply could not believe it. I still cannot. It is hard to reconcile how the gentle young man I've known for 22 years could be involved in something so serious and so damaging to another.

Your Honor, I respectfully ask you to take my words into consideration and hope they show you how my nephew Canyon Beasley has always strived to be a good son, brother, and family member.  I know he can get back to being that same kind of person for the future too. I have nothing more to say other than that knowing Canyon has been a true blessing in my life.
May God bless you and guide you to make the best decision for Canyon Beasley.

Sincerely,
Esther Aranda