# EXHIBIT O

Dear Judge Russell,

My name is Irma Aranda. I am 55 years old, a single mother, and I work in cleaning in Aloha, Oregon. Canyon's mother Maria Beasley is my sister. I am writing to you with deep respect and sincerity on behalf of my nephew, Canyon, whom I have known and loved since the day he was born, 22 years ago.

I have had the privilege of watching him grow into a young thoughtful and humble young man. I remember a particular day when he visited my home, and he found an envelope with money in it and he handed me the envelope. He gave it to me without hesitation, without asking for anything in return.

Whenever he came to my home, Canyon would help his younger cousins with homework, cook for them, clean alongside me, and play with them. He did this joyfully never needing to be asked. On one of his birthdays, I gave him some money. He refused to accept it, telling me, "Tía, you work too hard to give this to me you should keep it."

Canyon is also someone who has always looked after his family. I remember how he supported his grandfather in trying to quit smoking. His thoughtfulness at such a young age always stood out to me

When I learned about Canyon's offense, I was devastated and disbelieved until Canyon took responsibility for what he did. I continue to love and support him unconditionally and will do so for the rest of my life. I have also witnessed firsthand the immense pain his parents are experiencing. Their sorrow is profound. I have seen them weep uncontrollably, broken by grief and confusion. They are living through something no parent should have to endure.

Your Honor, I respectfully ask that you consider Canyon's true character as seen by those of us who have known him his entire life. He is not perfect, but he is reconnecting with the goodness within that he has always had. He is a son, nephew, and a young man who deserves your mercy.

Sincerely,

Irma Aranda