# EXHIBIT P

Your Honor,

My name is Margarita Berumen Caro, and I have known Canyon's family for many years. I've known Canyon since he was a young boy. I helped care for him and his brother during their childhood, and I've always held a special place in my heart for them.

As Canyon grew older, he became a very kind and loving young man. He was always respectful, thoughtful, and never failed to greet us with a warm hug. His good nature has always stood out to me.

Canyon comes from a hardworking and responsible family, and those values were clearly passed down to him. With such strong role models in his life, I truly believe he has the foundation and support to make positive changes and move forward if he is given a second opportunity.

Thank you for your time and for considering this letter in support of Canyon.

Sincerely,

 Margarita