# EXHIBIT Q

Your Honour,

    My name is Hannah Allen I'm 33 years old and work at Adentist Hospital in the Emergency Department as a technician. I'm writing to you to address the case with my cousin Canyon Beasley.

    Canyon and I are pretty far apart in age about 20 years of age difference which means I baby sat him a lot growing up! As he got older like most teenage boys he started to do his own things with school and friends. I went away to school and started working which caused us not to be very close in each other's lives as time went on.

    Our family as a whole is very very close, it's something that I take pride in. Even though Canyon and I grew apart I still know who he is as a type of person. He's loving and loved, smart and funny. When we learned about what happened it was shocking, heartbreaking and completely unlike him. As you can imagine our family isn't the same after this.

    Since he's been home waiting for his court date, he's been volunteering, working with his dad and spending time with family.

    We can all agree what Canyon did is unlawful and deserves some sort of punishment. As a young kid that's never been in trouble for anything (from my knowledge), has a whole life ahead of him, our family is praying for minimal sentencing.

    Thank you for your time,
Hannah Allen