# EXHIBIT R

Your Honor:

My name is Judith Cox. I am 85 years old, legally blind, and living independently in a condo in King City, Oregon. I am proud to be Canyon's great aunt and have known him since his birth. As President of our HOA, I am very active in my community. I retired from the Beaverton School District where I worked for 20 years.  For 15 years I was secretary to four counselors and then an administrator in a middle school. After years of working with families and their children, I feel I am competent enough to give an honest perspective as to Canyon's personality and who he is as an individual.

I was shocked to hear of Canyon's offense. I accept that he has pled guilty and wants to make amends for his terrible conduct.  The Canyon that I know is sensitive, respectful, and polite. I enjoyed our one-on-one conversations. Canyon is an introvert so he could get overwhelmed and uncomfortable when around our large and loud family.  In these settings, I saw Canyon gravitate towards my quiet husband, where Jay would be sitting and the two of them would sit together, watching the gathering.

I remember one occasion when I was in the kitchen making omelets. Canyon asked me if I could teach him how to make one so he could share this new talent with his family. This is the Canyon that I know.

Canyon and Logan are fortunate to have loving, caring and supportive parents that are involved in their lives. Ernie made his boys a priority, spending weekends with them riding their motorcycles in the woods. Gaby is a quiet, unassuming, wonderful mother and good person. There is nothing that the two of them would not do for their children. I am glad that Canyon is receiving counseling so that he can better understand who he is, what he did, the harm he caused, and his own self-worth.

Please know that all his family will continue to support him and help with his recovery! Thank you in advance for giving us the opportunity to share our impressions and memories of who Canyon really is.  I hope it helps you when rendering his sentence.

Sincerely,
Judith Cox