# EXHIBIT S

July 22, 2025

Dear Judge Russell,

My name is Gabriela Delcid, and I am 26 years old. I work as a Medical Assistant at Virginia Garcia Memorial Health Center outside of Portland OR. I am writing to you today to share my perspective on Canyon Beasley, whom I have known for roughly 15 years.

I met Canyon when we were both very young, as his mother, Gaby, had a close friendship with my own mom. Over the years, I've seen his kindness and generosity firsthand. One specific memory that comes to mind was on a hot summer day when Gaby dropped Canyon and his brother off at our house. My mom had gone grocery shopping, and I was getting ready for work. I heard bags rustling, cabinets shutting, and drawers opening. When I looked out, I saw Canyon putting away as many groceries as he could. Shortly after, I heard him ask my mom, "Margarita, ¿te puedo ayudar con algo más?" (Margarita, can I help you with anything else?). Canyon had completely unloaded all the groceries and neatly put everything away—something my brothers and I, to our shame, rarely did willingly. My mom came into my room, tired but pleased, and said, "I wish I could get this help every day." But that was simply Canyon being Canyon. For as long as I can remember, he has always been the kind of person to offer help without thinking twice or asking for anything in return. When I think of Canyon, I think of someone who is selfless, humble, and most importantly, kind. He's the kind of person you look at and pray the world doesn't hurt or change him.

When I first learned of Canyon's legal difficulties, I was deeply shocked. It was inconsistent with the kind and helpful person I have known him to be. I understand the gravity of this situation and the impact it has had on Canyon and his family. I believe he is genuinely committed to turning his life around and creating positive change for himself and his family.

I respectfully ask for your favorable consideration on Canyon's behalf.

Sincerely,

Gabriela Delcid