# EXHIBIT T

Kristy L. Kuni



June 19, 2025

The Honorable Sarah Russell
Federal District Court Judge
141 Church Street
New Haven, CT 06510

RE: Letter in Support for Canyon Beasley

Dear Judge Russell,

My name is Kristy Kuni. I am a co-worker and friend of Canyon Beasley.  I work as a Controller for Ernie Beasley's company, Caliber Plumbing and Mechanical Inc. in Portland, Oregon. I have been with the company for the past six years and have known Canyon since I joined Caliber.  But I've had the pleasure of getting to know Canyon on a deeper level since he began working with us back in December 2024. While I do not work in the warehouse where Canyon is assigned, I do see him on an almost daily basis during the work week. Over the past six months, I have observed him to be a kind and compassionate young man, who takes pride in his work and is trying to mature in ways that he, and the rest of us, can be proud of.

I am writing to you with deep respect and sincerity in support of Canyon, as he comes before Your Honor for sentencing. I understand the gravity of the situation and the seriousness of Canyon's offense.  My intention is not to diminish the importance of accountability, but rather to respectfully urge the Court to consider the full context of Canyon's life, character, and circumstances as you determine an appropriate sentence.

Over the past six months, I've observed Canyon as a hardworking, caring, and remorseful person. He has personally shared with me his genuine regret for his actions and a sincere desire to gain insight into his grave errors and grow from this experience.

One story that stands out took place shortly after Canyon started working in our warehouse.  At that time, he was under significant personal stress, as he faced legal challenges, the reality of what he had done, and the need to rebuild and rehabilitate his life. Many people in his situation might become discouraged or disengaged but Canyon chose a different path.

Despite the pressure he is under, Canyon comes to work every day with a steady, positive attitude and a willingness to do whatever is asked of him. His role began modestly cleaning the warehouse, organizing inventory, and taking care of smaller, often overlooked tasks. These jobs are far from glamorous and involve grimy work that no one wants to do.  But Canyon approaches them with pride and a strong work ethic. On the contrary, he often goes out of his way to help co-workers and ensure the team doesn't fall behind.

What stood out to me is not just his reliability, but also his respectful demeanor and eagerness to learn. Over time, Canyon has become a quiet but consistent presence others can rely on. I recall one instance when I needed help printing and organizing documents. Without hesitation, Canyon stayed late to assist with preparing the materials for mailing.

Canyon's dedication to his work reflects a broader effort to rebuild his life in the right way. He is not just trying to keep a job, he's demonstrating, through his actions, a genuine commitment to becoming responsible and contributing member of both his workplace and community.  Considering the prison sentence he faces, his consistency and positive attitude are admirable.  I believe that the way Canyon conducts himself at work reflects a young man who is trying to grow into a mature adult with a bright future.

It is also worth noting that, through regular conversations with Canyon, I have come to recognize that while he is an adult in age, some aspects of his emotional and decision-making development may still be maturing. At times, he seems to approach situations with a perspective that feels younger than his years, which may have influenced him not fully grasping the seriousness of his actions at the time. However, I want to emphasize that Canyon has never tried to avoid responsibility, In fact, I have witnessed genuine growth in him, a deepening self-awareness, willingness to reflect, and a sincere commitment to take responsibility, learn from this experience and make amends,

I truly believe Canyon has the capacity for meaningful rehabilitation and the potential to make lasting, positive contributions to society. A more lenient sentence would provide him with the opportunity to continue this path of personal growth and accountability without losing the critical years ahead and the chance to fully rebuild his life in his late 20s and early 30s so that he can be a positive member of our community for many decades after serving his sentence.

Thank you for your time and thoughtful consideration.  I trust the Court's commitment to justice, fairness and rehabilitation, and I appreciate your willingness to consider this letter as part of your sentencing deliberations.

With utmost respect,

Kristy L Kuni