# EXHIBIT U

Your Honor,

My name is Wendi Saul. I am 54 years old and work at Caliber Services as the controller / office manager. I have known Canyon for over 10 years. Since the first day I met Canyon, he has always been sweet, respectful and very considerate. As a little boy he was shy but always polite and always acknowledged you when you walked in the room, with a smile and a hello. Even today when I see him, he goes out of his way to say hello and asks how I am doing and if I need any help with anything. Canyon has been to my home multiple times. He has hung out with my whole family and has always been a delight to have around.

Thank you for taking the time to ready my letter. I truly feel Canyon has been 100% respectful and courteous around my husband, my two daughters and myself the whole time I have know him.

*Wendi Saul*