# EXHIBIT V

Dear Your Honor,

I'm writing to you on behalf of my friend, Canyon Beasley. I have known Canyon for most of his life, and during that time, I have come to know him as an exceptionally kind, caring, and thoughtful young man.

Canyon has always shown a generous and welcoming spirit toward my family and me. For example, we are the family that shows up from out of town and takes over his bedroom during our visits. He has never once complained about giving up his room and moving to the couch for us. We have also camped and spent time on numerous vacations together. He has visited my home and spent time with my four young adult children.

Canyon has also shown so much compassion toward me. When I was diagnosed with stage four cancer, he was always there to offer hugs and sincere questions about my well-being. Canyon, without a doubt, has a truly caring heart, and I can't express that enough.

I hope you will consider this letter from me as an experienced mother of four boys, a volunteer CASA, and the State Director for Oregon Youth Wrestling. I wear many hats with my "mom" job title, and I can recognize a good, kind, loving, and caring young person when I see one. I see that in Canyon.

Thank you,

Sybil Tremper