

Ex. 1



_000014

Ex. 1



BI_000015

003

Ex. 1



BI_000017

Ex. 1



Ex. 1



BI_000020

006

Ex. 1



BI_000022

007

Ex. 1

mouth by strangling you or I'll hold your pretty little mouth closed and use you until I'm done with you and throw you away and lock you out until you're on your knees begging for my affection

Then you can stay in my arms and we can watch a movie and you can fall asleep so I can protect you

After busting your lip open and beating you

this is why i love you so much you always know what i like

no other guy could do it as good as you not even a

Ex. 1

i want you to though i don want you to be gentle at all



I'll treat you like you're worthless I'll beat you and ignore your crying and screaming and I'll kiss you and hold you until you cry yourself to sleep after I fuck the shit out of you and pull your braids

Put your hair in braids

And what are you fucking wearing today you forgot

I don't know how you're this fucking stupid

aw baby i didn't get dressed yet i'm sorrrryyy

FBI_000340



FBI_000341



Ex. 1

FBI_000379



Ex. 1

FBI_000382



Ex. 1

FBI_000471



not fuck with me or test me or deceive me you will listen to me and speak to me only, you won't look at think about or be in any kind of contact with men regardless of their previous relationship with you. You will not post anything to do with men or talk about men unless it's an appreciation post of me about how grateful you are for me literally piecing your broken and hopeless life together, you will be thankful I'm offering you and only you my full unconditional love and attention and a way out of the life you live now. Read all that until you get it

Do you understand?

Ex. 1

FBI_000481



Ex. 1



Ex. 1



Ex. 1

i have candle is soooo dark

I want to grab your legs and force them open and take advantage of you

I know you wouldn't even be strong enough

You're so pretty and small

I love you

I'm so in love with you



i love you so much canyon i'd love for you to take advantage of me i want you to always use me i wanna be your little girl forever and

No princess don't cut your pretty little face ok?

You can't do that

okay i won't do that anymore i'm sorry daddy i thought you'd be okay with it

Finish cutting the heart princess

Go over it a few times so it scars

I want it permanent

What did you fucking wear today you never asked me

I'm gonna beat the fuck out of you

Maybe you can work on sending me those nudes and maybe I'll be generous enough to let you sleep

Because in reality you don't deserve it

You need to be a good girl to deserve anything

okay daddy i will then

You fucking better because I don't like it when you ask me something and you go and do it anyways that makes no sense

Do you want to be in charge?

Do you want to be in control?

strangle you

I love you so much doll

I missed you

> i missed you so much

> i was actually going crazy without you

> LIKE 8 HOURS IS SO LONG



Read 2:40 PM

I want to use you in the morning until you have nothing left I'm always hard in the morning but you're never here so I can fuck your brains out and pull on your pigtails



Ex. 1