# EXHIBIT X

**Letter for my grandson Canyon Beasley**

My name is **Beverly Beasley**, and I am 84 years old. I am a retired widow and currently live in a studio apartment in my daughter Leslie Edwards' home.

I live about fifteen minutes away from my son Ernie, his wife Gaby, and my grandsons, Canyon and Logan. The rest of my children and grandchildren live nearby as well. I often say that I'm truly blessed. I have a wonderful, close relationship with my children and grandchildren, and I get to see them regularly. We are a tightly knit family, and that closeness means everything to me.

In recent years, I've had several accidents that have left me with ongoing pain from arthritis and other health issues, which limit my mobility and make it difficult for me to go out or stay places for long periods. Because of that—and because Canyon cannot come to see me right now due to his circumstances—I visit him at his home whenever I can, usually once or twice a month. We also talk on the phone often, and he's very good about keeping in touch with me.

I've had several heartfelt conversations with Canyon about what has happened. I don't bring it up often, but I always make sure he knows I'm here to listen whenever he wants to talk. From the beginning, he was open about his feelings, and I expressed my sadness and disappointment over his actions. Since then, we've spoken many times about what his life might look like moving forward, and I hold onto hope that I'll be able to see him freely again once he has made amends and rebuilt his life. It's difficult to hold both truths—knowing he must face consequences, while also feeling the ache of not being able to see him as I once did.

Canyon and I have shared a very special bond over the years—one that goes far beyond holidays or special occasions. When my son Ernie and Gaby sold their home in Beaverton and were in the process of moving to Gresham, they and the boys stayed with me for several months. During that time, I had a larger home, and it was such a joy to have them there. Canyon and I spent a lot of time together—gardening, cooking, and just talking. Even before then, when Ernie and Gaby traveled for business, Canyon and Logan would often stay with me for a few days at a time. Those experiences brought us very close, and I treasure them deeply.

It was devastating to learn about the situation Canyon is in now. It's hard to put into words the sadness this has brought to our family. But even through this difficult time, I still see the thoughtful, intelligent, and caring young man I've always known. Over the years, Canyon has been there for me whenever I needed help—whether it was fixing my car, setting up my phone, or helping with my computer. He's patient, considerate, and always willing to help.

I love my grandson very much, and despite everything, I believe he is a good person who made a terrible mistake. I continue to pray for his growth, for healing for all those affected, and for the day our family can move forward together with love, understanding, and forgiveness.

**Sincerely,**
**Beverly Beasley**