UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Case No. 3:25-cr-00072-SFR |
| CANYON BEASLEY | November 17, 2025 |

## NOTICE OF EXHIBIT

Mr. Canyon Beasley hereby files Exhibit Y to his Sentencing Memorandum filed on October 29, 2025, at ECF No. 58.

                                      Respectfully Submitted,

                                      THE DEFENDANT,
                                      Canyon Beasley

                                      FEDERAL DEFENDER OFFICE

Date: November 17, 2025         */s/ Carly Levenson*
                                      Carly Levenson
                                      Assistant Federal Defender
                                      265 Church Street, Suite 702
                                      New Haven, CT 06510
                                      Phone: (203) 498-4200
                                      Bar No.: phv09665
                                      Email: carly_levenson@fd.org

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 17, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       */s/ Carly Levenson*
                                       Carly Levenson

# EXHIBIT Y

November 14, 2025

Dear Honorable Court,

My name is Suthy Wellendorf, and I am a sales professional at Tiffany & Co. I currently live in St. Helens, Oregon. I am writing on behalf of Canyon Beasley, whom I have known his entire life.

I first met Canyon on the day he was born, as I was close with his family, who lived near me in Beaverton, Oregon at the time. I saw Canyon several times a week throughout his early childhood until the family moved to Gresham. After that, I continued to see him at least once a month, especially once he entered high school. Although I no longer lived in the same city, I remained closely connected to the family and continued to spend time with Canyon regularly as he grew up.

Throughout his childhood, I had many personal interactions with Canyon. I'd like to share two that reflect his character:

When Canyon was around nine years old, I was visiting his family at their Beaverton home. I arrived with several grocery bags, and without anyone asking, Canyon immediately came outside to help me carry them in. He made multiple trips back and forth, insisting on helping with every bag. It wasn't just a moment of politeness — it showed the genuine kindness and willingness to help that he displayed even as a young child.

A few years later, when Canyon was in middle school, I joined the family for an afternoon at a local park in Gresham. Canyon spent most of his time helping his younger brother climb the play structure and making sure they didn't get hurt. He was patient, gentle, and incredibly responsible for someone his age. It was clear even then that he cared deeply about his brother and others and naturally stepped into a supportive role.

As he grew older, Canyon continued to show compassion in meaningful ways. He regularly sent money to his grandfather in Monterrey, Mexico to help pay for cancer treatment, medication, and medical visits. Despite his young age, he took it upon himself to contribute however he could. His grandfather has since passed away, but Canyon's generosity during that time was heartfelt and selfless.

Canyon has also been involved in charitable efforts such as The Waler Project, contributing his own money to support people across sub-Saharan Africa. His desire to help others has always been a consistent part of who he is.

I understand Canyon now faces difficult circumstances, but I firmly believe these challenges do not reflect the true nature of his character. I have always known him as a kind, respectful, gentle-natured young man with a good heart. Like many young people, he is navigating a hard period, but I believe this experience can help him grow stronger, wiser, and more grounded.

I respectfully ask the Court to consider the full measure of Canyon's character. He is a young man with tremendous potential, and I truly believe that with a second chance, he will learn from this experience and move forward in a positive and meaningful direction.

Thank you for your time and thoughtful consideration.

Sincerely,

Suthy Wellendorf

St. Helens, OR